RELATED DDJ

ROBERT LACAMBRA
INDIGENT LITIGATOR
NO CURRENT ADDRESS
robertsjustice@live.com

**FILED**
CLERK, U.S. DISTRICT COURT

**10/5/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DTA _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LACAMBRA,<br><br>Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARMENT OF MOTOR VEHICLE, DIRECTOR OF THE DMV (in his official and personal capacity), DMV DOE (in his official and personal capacity), CALIFORNIA BUREAU OF AUTOMOTIVE REPAIR, CHIEF OF THE BAR (in his official and personal capacity), DOES 1-5 INCLUSIVE.<br><br>Defendants | CASE#: 8:21-cv-01643-CAS-KES<br><br>**VERIFIED COMPLAINT FOR**<br><br>**DECLARATIVE AND INJUNCTIVE RELIEF**<br><br>1. 42 USC § 1983<br>2. CHSC § 44011<br>3. CHSC § 44062.3<br>4. CHSC § 44125<br>5. CVC § 4156(a)<br>6. NEGLIGENCE<br>7. NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS<br>8. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS |

1

1

# TABLE OF CONTENTS

INTRODUCTION ................................................................ 6
JURISDICTION AND VENUE ............................................. 8
THE PARTIES TO THIS ACTION ...................................... 8
PLAINTIFF ................................................................... 8
DEFENDANTS .............................................................. 9
GENERAL ALLEGATIONS ............................................... 12
CHRONOLOGY OF EVENTS ............................................ 13
DISCUSSION AND ANALYSIS .......................................... 15
CALIFORNIA LAW REQUIRES BIENNIAL SMOG INSPECTIONS ............................. 15
FAILURE TO ISSUE ONE-WAY PASS FOR SMOG INSPECTION UNLAWFUL ... 18
DMV & DMV DOE RENDERED ROBERT'S CAR INOPERABLE ........................... 20
DMV DOE'S REFUSAL TO ISSUE TEMPORARY PERMIT WAS RETALIATORY ............ 21
BAR/CAP PROGRAM UNFAITHFUL TO LAWMAKERS' INTENT ......................... 22
BAR USED THE CAP PROGRAM TO COLLECT INFORMATION ABOUT
ROBERT WITHOUT INTENDING TO GRANT HIS APPLICATION ...................... 28
THE NEGLIGENCE OF ALL DEFENDANTS ........................... 30
MALICIOUS, OPPRESSIVE AND FRAUDULENT CONDUCT ................ 31
EXTREME AND OUTRAGEOUS CONDUCT ............................. 33
DEFENDANTS' VIOLATIONS OF CONSTITUTIONALLY PROTECTED RIGHTS   34

**CAUSES OF ACTION AS AGAINST DEFENDANT DMV** ............... 37
COUNT ONE
Violation of California Health and Safety Code § 44011 ............. 37
COUNT TWO
Violation of California Vehicle Code § 4156(a) ....................... 37
COUNT THREE
Negligence ................................................................... 38
COUNT FOUR
Negligent Infliction of Emotional Distress .......................... 39
COUNT FIVE
Intentional Infliction of Emotional Distress ....................... 40

**CAUSES OF ACTION AS AGAINST DEFENDANT DMV DOE** ......... 40
COUNT SIX
(42 USC § 1983 – First Amendment Retaliation) ................... 40

**CAUSES OF ACTION AS AGAINST DIRECTOR OF DMV** ............ 41
COUNT SEVEN
(42 USC § 1983 – Customs, Practice & Policy) ...................... 41
COUNT EIGHT
42 USC § 1983 – Failure to Train ...................................... 42

**CAUSES OF ACTION AS AGAINST DEFENDANT BAR** ............... 43
COUNT NINE
Violation of California Health and Safety Code § 44062.3 ......... 43
COUNT TEN

Violation of Health & Safety Code § 44125  ......................................  43
COUNT ELEVEN
Negligence  ....................................................................................  44
COUNT TWELVE
Negligent Infliction of Emotional Distress  ...................................  45
COUNT THIRTEEN
Intentional Infliction of Emotional Distress  ................................  46
CAUSES OF ACTION AS AGAINST CHIEF OF BAR  .............................  46
COUNT FOURTEEN
(42 USC § 1983 – Customs, Practice & Policy)  .............................  46
COUNT FIFTEEN
(42 USC § 1983 – Failure to Train  ..................................................  47

REQUEST FOR RELIEF  .......................................................................  48
DEMAND FOR JURY TRIAL  ...............................................................  50
VERIFICATION  ....................................................................................  51

# TABLE OF LAWS

STATUTES
FEDERAL STATUTES

28 USC § 1343(3) ........................................................... 8
28 USC § 1367 ............................................................. 8
42 USC § 1983 ........................................... 5,8,40,41,42,46,47,49


STATE STATUTES

CA HEALTH & SAFETY CODE § 44011 ................................ 5,12,15,30,37,43,48
CA HEALTH & SAFETY CODE § 44011(a) .............................. 17
CA HEALTH & SAFETY CODE § 44062.1 .............................. 25
CA HEALTH & SAFETY CODE § 44062.3 .................... 5,13,25,30,36,43,49
CA HEALTH & SAFETY CODE § 44125 ................ 5,13,25,30,37,43,44,49
CA HEALTH & SAFETY CODE § 44125(d)(12) ......................... 27
CA VEHICLE CODE § 259 .......................................... 17
CA VEHICLE CODE § 4156 ....................................... 19,20
CA VEHICLE CODE § 4156(a) ............................. 5,30,37,38,48
CA VEHICLE CODE § 4156(c)(1) ................................. 12

COMMON LAW

NEGLIGENCE ........................................ 5,13,30,39,44,45,48
NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS ........ 5,13,30,39,45,49
INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS ........... 5,13,33,40,46

CASE LAWS

POTTER V. FIRESTONE TIRE & RUBBER CO.
863 P. 2d 795 - Cal: Supreme Court (1993) ................................. 33

CHRISTENSEN V. SUPERIOR COURT
820 P. 2d 181 - Cal: Supreme Court (1991) ................................. 33

HUGHES V. PAIR
209 P. 3d 963 - Cal: Supreme Court (2009) ................................. 33

RANKIN V. MCPHERSON
483 US 378 - Supreme Court (1987) ................................. 35

WILKIE V. ROBBINS
551 US 537 - Supreme Court (2007) ................................. 35

4

1      May it please the court, Plaintiff Robert Lacambra,

2   hereinafter referred to as "ROBERT," brings this civil action

3   against DEFENDANT "California Department of Motor Vehicle"

4   hereinafter referred to as "DMV," "The Director of the California

5   Department of Motor Vehicle" hereinafter referred to as "DMV

6   DIRECTOR," the unnamed DMV employee, hereinafter referred to as

7   "DMV DOE," The California Bureau of Automotive Repairs,

8   hereinafter referred to as "BAR," and the "Chief of the

9   California Bureau of Automotive Repairs," hereinafter referred to

10  as "BAR CHIEF," and collectively referred to as DEFENDANTS.

11     ROBERT invokes federal and state causes of action for

12  violations of the following:

13     • California Health and Safety Code § 44011

14     • California Health and Safety Code § 44062.3

15     • California Health and Safety Code § 44125

16     • California Vehicle Code § 4156(a).

17     • Negligence

18     • Negligent Infliction of Emotional Distress

19     • Intentional Infliction of Emotional Distress

20     • 42 USC § 1983

21

22     ROBERT sues them individually and severally and seeks the

23  court's equitable powers to make available for him the

24  opportunity to seek justice, to right a wrong and to heal. He

25  alleges upon information and belief, except as to allegations

26  against him, as follows:

27

28

1

**INTRODUCTION**

2      This is a case about a homeless man who purchased a 1998

3  Toyota Corolla expecting to begin his life anew. Until that

4  moment, his mobility had been acutely constrained, limited by

5  what public transportation could provide him or the distance a

6  bike and his feet can take him. In the succeeding months that

7  followed, DMV's unlawful actions kept his car off the road,

8  rendering it useless and ending his plans of getting off the

9  streets.

10      Unable to use his car, it has remained parked for months.

11  So, he sought to sell the car to the state under the "Consumer

12  Assistance Program" (BAR/CAP), a program that was meant to help

13  individuals like them. But, there too, the BAR applied the rules

14  unlawfully and discriminatorily denying him the benefits of the

15  program. As of this writing, he is now under tremendous pressure

16  from the owner of the parking lot where the car is currently

17  parked, who threatens to have it towed. If that ever happens,

18  ROBERT stands to lose his investment, the vehicle and all the

19  things he keeps inside it for storage, including all the law

20  books he uses for his advocacy. (EXHIBIT 01)

21      All the turmoil he is experiencing caused him tremendous

22  anguish and emotional distress. All of which he would not have

23  experienced had DEFENDANTS simply applied the rules properly.

24  Thus far:

25  • The DMV unlawfully required ROBERT to submit to an annual

26      smog inspection.

27  • The DMV unlawfully refused to issue a temporary one-day pass

28      for the smog inspection.

- The DMV unlawfully rendered ROBERT's car non-drivable and of little worth.
- The BAR unlawfully discriminated against ROBERT on the "Consumer Assistance Program" (BAR/CAP).
- The BAR unlawfully collected information about ROBERT, never intending to grant his CAP application.

In California, mobility is tantamount to efficiency. In the OC, it is almost sacrilegious not to have a car. Granted, there emerged certain transportation options. However, because of homelessness, ROBERT does not have a bank account. Not having a bank account means he does not have a debit card, which means he cannot avail of ride sharing services such as Lyft or Uber whenever financially feasible.

A shopping trip on foot to Walmart in Orange from Chapman University will take about 2.5 hours back and forth. All that ROBERT can carry are the things that he can stuff inside his backpack. A trip by bike will take half that or less, but is not ideal with that much weight and street traffic. The same trip in a car will only take 10 minutes.

His advocacy work requires chasing down documents, evidence and probative information that is often located in faraway distances from the usual corridors serviced by public transportation. In a manner of speaking, ROBERT just really needs a car. But, since he cannot use what he has due to state deprivation, he must sell it to the same state that deprives him of his earned privilege, with the intervention of this court.

**JURISDICTION AND VENUE**

This US District Court, Central District of California has subject matter jurisdiction over this action pursuant to 28 USC § 1343(3) in particular because of violations of the US Constitution and federal statutes, specifically 42 USC § 1983 – the deprivation of civil rights under color of law.

The US District Court, Central District of California has supplemental jurisdiction over this action pursuant to 28 USC § 1367, where the violations of the state causes of action are so inextricably linked with all other violations alleged.

Furthermore, DEFENDANTS are governmental agencies of California that conducts business in all its counties including this district. DEFENDANTS have had sufficient contact in this district that the court granting jurisdiction would be consistent with traditional notions of fair play and substantial justice.

**THE PARTIES TO THIS ACTION**

**PLAINTIFF**

ROBERT is a homeless litigator/advocate currently residing in the City of Orange. He founded the organization @RobertsJustice for the expressed purpose of bringing to the social consciousness the paradox of American justice. After living on the streets/vehicle for more than a decade, he has reached the conclusion, in complete deference to the words of Ronald Regan, that "Government is the problem." He has worked to make justice available to those of limited means, power and influence. He also seeks to amplify the voices of those who aggrieved yet rendered weak by their economic condition.

1    As a concurrently filed "Motion Request To Proceed In Forma
2  Pauperis" shows, ROBERT lives on an average income of about
3  $4,400 per year or less. In a legal fight against wealthy
4  corporations, rich individuals and taxpayer funded entities such
5  as he finds himself in this case, ROBERT is at an extreme
6  disadvantage. Hence, he pleads for the court's equitable powers
7  to provide for him, and no less to others like him, a fair
8  proceeding to arrive upon substantial justice.

9

10                            **DEFENDANTS**

11    DEFENDANT DMV is California's agency tasked with registering
12  land-based vehicles and marine crafts and issuing plates and
13  tags. It provides driver's licenses and identification cards for
14  residents of the state. It regulates new car dealers (through the
15  New Motor Vehicle Board), commercial cargo carriers, private
16  driving schools, and private traffic schools. It collaborates
17  with the state's courts to promptly record convictions against
18  driver's and their licenses and assists in the enforcement of
19  suspensions and revocations of licenses as provided by law.

20    DEFENDANT DMV is headquartered in Sacramento, California. As
21  of January 2021, DEFENDANT DMV administers over 229 facilities
22  and employs approximately 10,062 individuals. It has on record
23  35,820,417 registered vehicles, issued 33,509,549 driver's
24  license and identification cards and performed 84,322,667
25  transactions for that fiscal year.

26    At all times relevant to this action, ROBERT engaged
27  DEFENDANT DMV at their AAA satellite office in Laguna Hills and
28  their field offices in Costa Mesa and Santa Ana.

1    DEFENDANT DMV DIRECTOR is herein identified as Steve Gordon.

2  He was appointed Director of the Department of Motor Vehicles by

3  California Governor Newsom in July 2019. Gordon comes from the

4  private sector with experience in the high-tech and life sciences

5  markets. He has spent most of his career leading various global

6  services businesses at Cisco Systems and global business services

7  at Becton, Dickinson and Company. Gordon has a BA in Business

8  Administration from CSU, Stanislaus.

9    At all times relevant to this action, DMV DIRECTOR was the

10  head of the DMV and is principally responsible for the operations

11  of the department and the training of each and every individual

12  in its employ.

13    DMV DOE is a male employee of DMV working at their offices

14  in Santa Ana, California. He is being named as DOE as no

15  information is available to ROBERT at this time. ROBERT will seek

16  leave of court to insert DMV DOE'S name as soon as that

17  information is ascertained during the process of discovery.

18    DEFENDANT BAR is the California Bureau of Automotive Repairs

19  according to their website:

20

21    The Bureau of Automotive Repair (BAR), part of
the Department of Consumer Affairs (DCA), serves Californians

22  through effective regulation of the automotive repair and Smog
Check industry. In support of this mission, BAR provides a wide

23  range of consumer protection services, including:

24  - Registering and regulating approximately 36,000 California
     automotive repair dealers.

25  - Licensing Smog Check stations, repair technicians, and
     inspectors.

26  - Licensing brake and lamp stations and adjusters.

27  - Mediating automotive repair complaints, saving California
     consumers millions of dollars each year in the form of
     direct refunds, rework, and bill adjustments.

28

- Investigating and taking disciplinary action against licensees who violate the law.
- Administering and enforcing the Smog Check Program.
- Helping to keep California's air clean by reducing air pollution produced by motor vehicles.

DEFENDANT BAR CHIEF is identified herein as Patrick Dorais. According to the Bureau of Automotive Repairs' website:

Patrick Dorais was appointed by Governor Edmund G. Brown, Jr. effective November 8, 2013. As chief of BAR, he oversees all operational matters, including licensing and enforcement activities and the administration of the Smog Check Program.

Dorais served as BAR deputy chief of Smog Check Operations, Engineering, Research Administration and Consumer Assistance Division from 2007 to 2013. He served as deputy chief at the California Victim Compensation and Government Claims Board in 2007 and at the California Department of Consumer Affairs Bureau for Private Postsecondary and Vocational Education from 2004 to 2007. Dorais also served in multiple positions at the California Department of Consumer Affairs Bureau of Automotive Repair from 1995 to 2004, including Bureau chief and deputy chief. He was special assistant to the secretary of the California Environmental Protection Agency from 1991 to 1995, special assistant to the director of the California Governor's Office of Planning and Research in 1991, and a legislative correspondent in the U.S. Senate from 1987 to 1990.

ROBERT is informed and believes and based thereupon alleges that at all times herein mentioned each of the DEFENDANTS were agents, servants and/or employees or occupied other relationships with each of the other named DEFENDANTS, and at all times herein mentioned acted within the course and scope of said agency and/or employment and/or other relationship and each other DEFENDANT has ratified, consented to, and approved the acts of their agents, employees, and representatives, and that each actively participated in, aided and abetted, or assisted one another in the commission of the wrongdoing alleged in this Complaint.

1    ROBERT is informed and believes there were at least other

2    individuals at both the DMV and the BAR who were involved in the

3    violations and injuries described in the complaint herein. ROBERT

4    sues them as DOES 1 – 5 and will seek leave of court to insert

5    their true names and identities as soon as they are ascertained

6    through discovery.

7

8                          **GENERAL ALLEGATIONS**

9    ROBERT incorporates by reference the allegations in all

10   preceding paragraphs of this complaint as though fully set forth

11   in this paragraph.

12   At all times relevant to this action, DEFENDANTS and their

13   agents had an obligation not to violate the US Constitution,

14   federal laws and laws of the State of California including

15   regulations that govern their respective governmental agencies.

16   DEFENDANT DMV, by and through DEFENDANT DMV DOE, unlawfully

17   required ROBERT another smog inspection, the second within a 2

18   year period, in violation of California Health & Safety Code §

19   44011.

20   DEFENDANT DMV, by and through DEFENDANT DMV DOE, unlawfully

21   denied ROBERT the issuance a temporary one-way pass to affect a

22   smog inspection, in violation of California Vehicle Code §

23   4156(c)(1).

24   DEFENDANT DMV unlawfully rendered ROBERT's car non-drivable,

25   actually and constructively denying him productive use of his

26   property in violation of the 5th Amendment and 14th Amendment of

27   the US Constitution.

28   DEFENDANT BAR's criteria for granting a BAR/CAP

application is discriminatory towards ROBERT, the indigent and those similarly situated. They specify the need to submit two consecutive year's mechanic's receipts as proof of automotive residency, when in actuality it fails to prove so, in violation of the law.

DEFENDANT BAR unlawfully denied ROBERT the benefits of the Consumer Assistance Program, in violation of California Health and Safety Code § § 44062.3 & 44125

DEFENDANT BAR used the BAR/CAP program to collect information about ROBERT, someone forced to live on the fringes of society because of his homelessness. BAR had no intention of granting ROBERT's application, instead violating his privacy rights under the Ninth Amendment of the US Constitution.

DEFENDANTS committed negligence, negligent infliction of emotional distress and intentional infliction of emotional distress, causing ROBERT severe physical, emotional and psychological pain.

**CHRONOLOGY OF EVENTS**

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

08.02.19 - ROBERT purchases a '98 Toyota Corolla. (EXHIBIT 02)

08.12.19 - ROBERT registers '98 Toyota Corolla. (EXHIBIT 03)

          -  DMV issues Temporary Red Tag. (EXHIBIT 04)

08.19.19 - ROBERT gets smog inspection. (EXHIBIT 05)

08.19.19 - Pink Slip for '98 Toyota Corolla is issued.

1   08.19.19 - ROBERT gets '20 tags for '98 Toy Cor. (EXHIBIT 06)

2   09.10.19 - ROBERT gets '98 Toy Corolla Pink Slip. (EXHIBIT 07)

3   06.18.20 - ROBERT is burglarized, DMV docs stolen. (EXHIBIT 08)

4   08.11.20 - ROBERT visits the DMV Costa Mesa. (EXHIBIT 09)

5   08.14.20 - ROBERT visits the DMV Costa Mesa. (EXHIBIT 10)

6            - DMV issues duplicate Pink Slip for '90 GMC,

7            - DMV issues duplicate Pink Slip for '98 TOY.

8            - DMV issues replacement ID card.

9   08.25.20 - ROBERT visits the DMV Costa Mesa. (EXHIBIT 11)

10  11.17.20 - ROBERT obtains Insurance quote. (EXHIBIT 12)

11  01.20.21 - ROBERT pays Toyota registration. (EXHIBIT 13)

12            - DMV issues replacement driver's license.

13            - DMV: Toyota needs smog, proof Ins. (EXHIBIT 14)

14            - DMV refuses to issue temporary operating permit.

15  07.16.21 - ROBERT reviews BAR/CAP Guidelines. (EXHIBIT 15)

16            - ROBERT reviews BAR/CAP FAQ. (EXHIBIT 16)

17            - ROBERT applies for BAR/CAP Program. (EXHIBIT 17)

18  07.16.21 - BAR confirms ROBERT's BAR/CAP app. (EXHIBIT 18)

19  07.16.21 - ROBERT receives needs list for BAR/CAP. (EXHIBIT 19)

20  07.17.21 - ROBERT requests wage info from EDD. (EXHIBIT 20)

21  07.27.21 - ROBERT sends items needed for BAR/CAP. (EXHIBIT 21)

22  08.03.21 - BAR denies ROBERT's application. (EXHIBIT 22)

23  08.09.21 - ROBERT appeals decision. (EXHIBIT 23)

24  08.09.21 - BAR/CAP sends another denial letter. (EXHIBIT 24)

25  08.XX.21 - ROBERT warned to move his vehicle or be towed.

26

27

28

1

2

### DISCUSSION AND ANALYSIS

### CALIFORNIA LAW REQUIRES BIENNIAL SMOG INSPECTIONS

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

On January 20, 2021, ROBERT visited the DMV office in Santa Ana to renew the registration for his 1998 Toyota Corolla. ROBERT transacted with DMV DOE (EXHIBIT 25) who would not complete the registration renewal for the '98 Toyota Corolla. DMV DOE required ROBERT to submit to another smog check (EXHIBIT 14). ROBERT explained that he had only finished a smog check the year prior when he registered the car. (EXHIBIT 05). ROBERT did not have the certificate because, per the smog check technician, the certificate was electronically transmitted to the DMV. In response DMV DOE then stated that they do not have a record of it.

All internal combustion engine (ICE) cars that operate in California are required to submit to a smog inspection every two years.

California Health & Safety Code § 44011 provides:

44011.

(a) All motor vehicles powered by internal combustion engines that are registered within an area designated for program coverage shall be required biennially to obtain a certificate of compliance or noncompliance, except for the following:

(1) All motorcycles until the department, pursuant to Section 44012, implements test procedures applicable to motorcycles.

(2) All motor vehicles that have been issued a certificate of compliance or noncompliance or a repair cost waiver upon a change of ownership or initial registration in this state during the preceding six months.

(3) All motor vehicles manufactured prior to the 1976 model-

15

year.

(4) (A) Except as provided in subparagraph (B), all motor vehicles four or less model-years old.

(B) (i) Beginning January 1, 2005, all motor vehicles six or less model-years old, unless the state board finds that providing an exception for these vehicles will prohibit the state from meeting the requirements of Section 176(c) of the federal Clean Air Act (42 U.S.C. Sec. 7401 et seq.) or the state's commitments with respect to the state implementation plan required by the federal Clean Air Act.

(ii) Notwithstanding clause (i), beginning January 1, 2019, all motor vehicles eight or less model-years old, unless the state board finds that providing an exception for these vehicles will prohibit the state from meeting the requirements of Section 176(c) of the federal Clean Air Act (42 U.S.C. Sec. 7401 et seq.) or the state's commitments with respect to the state implementation plan required by the federal Clean Air Act.

(iii) Clause (ii) does not apply to a motor vehicle that is seven model-years old in year 2018 for which a certificate of compliance has been obtained.

(C) All motor vehicles excepted by this paragraph shall be subject to testing and to certification requirements as determined by the department, if any of the following apply:

(i) The department determines through remote sensing activities or other means that there is a substantial probability that the vehicle has a tampered emission control system or would fail for other cause a smog check test as specified in Section 44012.

(ii) The vehicle was previously registered outside this state and is undergoing initial registration in this state.

(iii) The vehicle is being registered as a specially constructed vehicle.

(iv) The vehicle has been selected for testing pursuant to Section 44014.7 or any other provision of this chapter authorizing out-of-cycle testing.

(D) This paragraph does not apply to diesel-powered vehicles.

(5) In addition to the vehicles exempted pursuant to paragraph (4), any motor vehicle or class of motor vehicles exempted pursuant to subdivision (c) of Section 44024.5. It is the intent of the Legislature that the department, pursuant to the authority granted by this paragraph, exempt at least 15 percent of the lowest emitting motor vehicles from the biennial smog check inspection.

(6) All motor vehicles that the department determines would present prohibitive inspection or repair problems.

(7) Any vehicle registered to the owner of a fleet licensed pursuant to Section 44020 if the vehicle is garaged exclusively

outside the area included in program coverage, and is not primarily operated inside the area included in program coverage.

(8) (A) All diesel-powered vehicles manufactured prior to the 1998 model-year.

(B) All diesel-powered vehicles that have a gross vehicle weight rating of 8,501 to 10,000 pounds, inclusive, until the department, in consultation with the state board, pursuant to Section 44012, implements test procedures applicable to these vehicles.

(C) All diesel-powered vehicles that have a gross vehicle weight rating from 10,001 pounds to 14,000 pounds, inclusive, until the state board and the Department of Motor Vehicles determine the best method for identifying these vehicles, and until the department, in consultation with the state board, pursuant to Section 44012, implements test procedures applicable to these vehicles.

(D) All diesel-powered vehicles that have a gross vehicle weight rating of 14,001 pounds or greater.

(b) Vehicles designated for program coverage in enhanced areas shall be required to obtain inspections from appropriate smog check stations operating in enhanced areas.

(c) For purposes of subdivision (a), a collector motor vehicle, as defined in Section 259 of the Vehicle Code, is exempt from those portions of the test required by subdivision (f) of Section 44012 if the collector motor vehicle meets all of the following criteria:

(1) Submission of proof that the motor vehicle is insured as a collector motor vehicle, as shall be required by regulation of the bureau.

(2) The motor vehicle is at least 35 model-years old.

(3) The motor vehicle complies with the exhaust emissions standards for that motor vehicle's class and model-year as prescribed by the department, and the motor vehicle passes a functional inspection of the fuel cap and a visual inspection for liquid fuel leaks.

The laws are very clear on this matter. California Health & Safety Code § 44011(a) states:

(a) All motor vehicles powered by internal combustion engines that are registered within an area designated for program coverage shall be required biennially to obtain a certificate of compliance or noncompliance, except for the following:

The smog certificate would have been transmitted to the DMV

17

automatically on August 18, 2019. This is further confirmed by
the issuance of the tags on the same day as a smog inspection
would have been required. A simple viewing of the facts, laws and
evidence presented herein will allow a reasonable fact finder to
conclude that the DMV unlawfully required ROBERT a smog
inspection more than is required by law.

**FAILURE TO ISSUE ONE-WAY PASS FOR SMOG INSPECTION UNLAWFUL**

ROBERT incorporates by reference the allegations in all
preceding paragraphs of this complaint as though fully set forth
in this paragraph.

While at the same DMV appointment, ROBERT requested for a
single pass temporary permit so the vehicle can be driven to the
smog testing center. In reply, DMV DOE, denied the request,
placing ROBERT in a difficult situation. He had already made
arrangements with Wawanesa Insurance for vehicle insurance
coverage (EXHIBIT 12). He could have easily arranged a very short
policy if required, as it was relatively inexpensive.

However, the representation was that the DMV will not issue
a one-way operator's permit irrespective of whether he had
insurance or not. If the sudden smog inspection requirement, less
than two years apart, did not make it clear to ROBERT that he was
being deprived of his driving privileges, the denial of the one-
way operator's permit did. The DMV and DMV DOE were blocking
every avenue for the vehicle's registration, in effect refusing
its registration.

More importantly, the DMV has already shown that they can
issue such temporary passes as they have done so when ROBERT

18

first registered his vehicle (EXHIBIT 04). There was no excuse to do so, a position that is supported by statute.

California Code, Vehicle Code - VEH § 4156 provides:

(a) Notwithstanding any other provision of this code, and except as provided in subdivision (b), the department in its discretion may issue a temporary permit to operate a vehicle when a payment of fees has been accepted in an amount to be determined by, and paid to the department, by the owner or other person in lawful possession of the vehicle.  The permit shall be subject to the terms and conditions, and shall be valid for the period of time, that the department shall deem appropriate under the circumstances.

(b)(1) The department shall not issue a temporary permit pursuant to subdivision (a) to operate a vehicle for which a certificate of compliance is required pursuant to Section 4000.3 , and for which that certificate of compliance has not been issued, unless the department is presented with sufficient evidence, as determined by the department, that the vehicle has failed its most recent smog check inspection.

(2) Only one temporary permit may be issued pursuant to this subdivision to a vehicle owner in a two-year period.

(3) A temporary permit issued pursuant to paragraph (1) is valid for either 60 days after the expiration of the registration of the vehicle or 60 days after the date that vehicle is removed from nonoperation, whichever is applicable at the time that the temporary permit is issued.

(4) A temporary permit issued pursuant to paragraph (1) is subject to Section 9257.5 .

(c)(1) The department may issue a temporary permit pursuant to subdivision (a) to operate a vehicle for which registration may be refused pursuant to Section 4000.15 .

(2) Only one temporary permit may be issued pursuant to this subdivision for any vehicle, unless otherwise approved by the State Air Resources Board.

(3) A temporary permit issued pursuant to paragraph (1) is valid for either 90 days after the expiration of the registration of the vehicle or 90 days after the date that vehicle is removed from nonoperation, whichever is applicable at the time the temporary permit is issued.

ROBERT was within his rights to request for a one-pass operator's permit after being required a smog certificate less than 24 months after he had registered his vehicle.

19

California Vehicle Code § 4156 provide:

(a) Notwithstanding any other provision of this code, and except as provided in subdivision (b), the department in its discretion may issue a temporary permit to operate a vehicle when a payment of fees has been accepted in an amount to be determined by, and paid to the department, by the owner or other person in lawful possession of the vehicle.  The permit shall be subject to the terms and conditions, and shall be valid for the period of time, that the department shall deem appropriate under the circumstances.

### DMV & DMV DOE RENDERED ROBERT'S CAR INOPERABLE

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

The refusal of DMV and DMV DOE to register ROBERT's '98 Toyota Corolla rendered it non-drivable and essentially worthless. From that day forward, the car sat on a parking lot behind a liquor store in Orange, California. It has not moved from a liquor store parking lot.

In December of 2020, ROBERT lost his job at the liquor store after his mother died. Ever since then, he has been under pressure from the owner of the store to move the car who has warned ROBERT that he will have it towed. It has caused tremendous pain and suffering as it would cause the loss of his initial investment, the amount he paid for its improvement and the legal books that are store inside it.

In July of 2021, ROBERT found a way to delay the towing of the '98 Toyota Corolla by telling the owner of the liquor store that he will sell the car to the State of California under the

1  program called, "Consumer Assistance Program." That gave ROBERT

2  certain respite, at least delaying the towing.

3

4  **DMV DOE'S REFUSAL TO ISSUE TEMPORARY PERMIT WAS RETALIATORY**

5  ROBERT incorporates by reference the allegations in all

6  preceding paragraphs of this complaint as though fully set forth

7  in this paragraph.

8  By the time ROBERT arrived at the DMV office on January

9  22, 2020 he had already been to the DMV at least 6 times (EXHIBIT

10  35) on all the matters relating to his driver's license and the

11  '98 Toyota Corolla. Initially, the DMV refused to issue him the

12  driver's license because as they explained it there was a

13  suspension on it. However, the documents showed that the

14  suspension has been removed since April 5, 2009 (EXHBIT 26) and

15  which was of no fault of ROBERT's. All the delays and the return

16  trips by bus had ROBERT in a state of revulsion that he wanted to

17  document every encounter he had with the DMV. At the precise

18  moment, he took a picture of masked DMV DOE for his

19  record (EXHIBIT 25). DMV DOE let out a faint objection and sat up

20  straight staring at ROBERT. Nevertheless, in other DMV

21  encounters, ROBERT was allowed to take images (EXHIBIT

22  27) proving there are no known rules that prohibits him.

23  What followed was a clinic on how government employees can

24  wield the considerable power of their employer with little

25  recourse for its victim. He not only refused to issue a temporary

26  permit, but he also overcharged ROBERT for the license

27  reissuance. He was authorized to charge ROBERT $15 (EXHIBIT 37),

28  but charged ROBERT $38 (EXHIBIT 36). Then, he wrote on the piece

1  of paper that ROBERT needed to show proof of insurance. This
2  vindicates ROBERT's insistence of documenting his encounters with
3  the DMV. Had he not done so, the overcharge fee would not have
4  been brought to light. DMV DOE knew, through internal
5  documentation, that he was only to charge a $15 reinstatement fee
6  but charged more in retaliation.

7  What the confluence of refusals and exclusions meant was
8  ROBERT's car had become non-drivable, and tantamount to
9  confiscation in the meaning of the 5th Amendment. Given ROBERT's
10  homelessness and financial state, it was just a matter of time
11  before the police impounds it, as it will have to be moved from
12  the lot it is currently parked, which has stayed there on the
13  generosity of someone else. The instant it is moved to the
14  streets, it is subject for removal by the police department
15  as authorized by the vehicle code.

16  There was no signs anywhere around the premises of the DMV
17  that prohibited any form of digital recordings. DMV DOE was a
18  public servant and was fair game to the public's inquiry
19  including documenting their activities, particularly when there
20  is the appearance of malfeasance. DMV DOES' actions were
21  retaliatory, impinging on ROBERT's First Amendment rights.

23  **BAR/CAP PROGRAM UNFAITHFUL TO LAWMAKERS' INTENT**

24  ROBERT incorporates by reference the allegations in all
25  preceding paragraphs of this complaint as though fully set forth
26  in this paragraph.

27  On July 16, 2021, ROBERT engaged DEFENDANT BAR and put in
28  his application for the "Consumer Assistance Program." There were

a series of exchanges from July 16, 2021 until August 9, 2021 (EXHIBITS 15 THRU 24), which eventually led to a denial on August 9, 2021. ROBERT sent an appeal (EXHIBIT 23), which led to a final denial (EXHIBIT 24).

The biggest hurdle, as revealed by the exchanges between ROBERT and DEFENDANT BAR was the proof of two-years California residency of the vehicle. ROBERT sent DEFENDANT BAR two citations (EXHIBITS 29 & 30) on two different years to show that the car was being used on California streets. He also sent them the mechanic's receipt for the smog inspection (EXHIBITS 31 & 32). They would not accept it. Instead, they required either (1) insurance coverage for two years or (2) two receipts from an auto mechanic for two different years.

The verbiage on their website that speaks to these guidelines are inserted below.(EXHIBIT 15)

The vehicle must have been primarily driven in California for the last two years AND not registered outside of California in the previous two years. To meet this requirement, you must submit ONE of the following (See Step 3 for instructions on how to submit your documents):
A. Proof of continuous insurance coverage in California for the two consecutive years preceding date application submitted, without lapses in insurance coverage totaling more than 120 days; OR
B. At least two invoices from two separate calendar years preceding date application submitted. Invoices must be from an automotive repair dealer (ARD) licensed at the time of the repair showing the following:
- The ARD's valid registration number.
- The name and address of the ARD.
- Description of the repair or maintenance operation performed to the vehicle.
- The vehicle year, make, model, and vehicle identification or license plate number matching the vehicle reflected in the application.

- The date of the repair or maintenance visit.

ROBERT's appeal letter of August 9, 2021 (EXHIBIT 23) revealed the challenges he faced as a homeless and jobless person. He wrote:

"The need to show proof of mechanic's work is one such example when indigents such as myself could never afford a mechanic and must endure the experience of perpetually driving a clunky vehicle."

However, ROBERT did not stop there. He offered 4 pieces of documents that shows beyond dispute that the vehicle resided and continues to reside in California. They included:

1. Parking warning from the City of Orange dated 06/30/2020 (EXHIBIT 29)

2. Notice to move vehicle from City of Orange dated 08/03/2020 (EXHIBIT 30)

3. Smog check receipt performed in Orange, California 08/19/2019 (EXHIBIT 31)

4. Smog Certificate for smog check conducted on 08/19/2019 (EXHIBIT 32)

Given such documentation, DEFENDANT BAR should have been convinced that the vehicle was, in fact, a resident of the State of California. Any reasonable fact finder will be hard pressed to conclude otherwise. Clearly, the rules being enforced by DEFENDANT BAR were the result of their interpretation of the statute. However, it is clearly not in keeping with the spirit of the legislation.

1        Lawmakers crafted two complimentary statutes to produce the

2   "Consumer Assistance Program." Read together, it is clear that

3   the laws seeks to assist those who are disadvantaged,

4   and provides discretionary authority to affect the assistance by

5   paying more than the stated amount of either $1,000 or $1,500,

6   and even permitting the purchase of retirement-qualified cars

7   that did not fail a smog inspection. They are cited below:

8        CA Health & Safety Code § 44062.3 provides:

9

10      44062.3.
        (a) The owner of a motor vehicle that has been registered
11  without substantial lapse, as defined by the department, in the
    state for at least two years prior to vehicle retirement, and
12  that has failed the most recent smog check inspection for that
    vehicle, may retire the vehicle from operation at a dismantler
13  under contract with the bureau, at any time after learning of the
    smog check failure. The department shall pay a person who retires
14  his or her vehicle under this section one thousand five hundred
    dollars ($1,500) for a low-income motor vehicle owner, as defined
15  in Section 44062.1, and one thousand dollars ($1,000) for all
    other motor vehicle owners. The department may pay a motor
16  vehicle owner more than these amounts based on factors,
    including, but not limited to, the age of the vehicle, the
17  emission benefit of the vehicle's retirement, the emission impact
    of any replacement vehicle, and the location of the vehicle in an
18  area of the state with the poorest air quality.
        (b) The department may permit vehicle retirement pursuant to
19  subdivision (a) for any motor vehicle that has been registered
    without substantial lapse, as defined by the department, in the
20  state for at least two years prior to vehicle retirement, and
    that fails any type of smog check inspection lawfully performed
21  in the state.

22

23      CA Health & Safety Code § 44125 provides:

24

25      44125.
        (a) (1) No later than July 1, 2009, the state board, in
26  consultation with the bureau, shall adopt a program to commence
    on January 1, 2010, that allows for the voluntary retirement of
27  passenger vehicles and light-duty and medium-duty trucks that are
    high polluters. The program shall be administered by the bureau
28

pursuant to guidelines adopted by the state board.

(2) No later than July 1, 2019, the state board shall update the guidelines for the program established pursuant to this subdivision to make applicable to light-duty pickup trucks the same standard for miles per gallon that is applicable to minivans. This subdivision shall apply to only purchasers who are retiring a light-duty pickup truck.

(b) Beginning in the 2018-19 fiscal year, and every fiscal year thereafter, the state board, in consultation with the bureau, shall set specific, measurable goals for the retirement of passenger vehicles and light- and medium-duty trucks that are high polluters.

(c) (1) The state board, in consultation with the bureau, shall take steps to meet the goals set forth pursuant to subdivision (b). The steps shall include, but need not be limited to, updating the guidelines for both the program and Clean Cars 4 All no later than January 1, 2019.

(2) The program shall continue to be administered by the bureau pursuant to guidelines adopted by the state board.

(d) The guidelines shall ensure all of the following:

(1) Vehicles retired pursuant to the program are permanently removed from operation and retired at a dismantler under contract with the bureau.

(2) Districts retain their authority to administer vehicle retirement programs otherwise authorized by law.

(3) The program is available for high-polluter passenger vehicles and light-duty and medium-duty trucks that have been continuously registered in California for two years prior to acceptance into the program or otherwise proven to have been driven primarily in California for the last two years and have not been registered in another state or country in the last two years. The guidelines may require a vehicle to take, complete, or pass a smog check inspection.

(4) The program is focused where the greatest air quality impact can be identified.

(5) The program is focused on achieving improvements to air quality and benefits to low-income state residents through the retirement of high-polluter passenger motor vehicles owned by low-income state residents.

(6) (A) Compensation for retired vehicles is at least one thousand five hundred dollars ($1,500) for a low-income motor vehicle owner and not more than one thousand dollars ($1,000) for all other motor vehicle owners.

(B) Replacement or a mobility option may be an option for all motor vehicle owners and may be in addition to compensation for vehicles retired pursuant to subparagraph (A). For low-income motor vehicle owners, compensation toward a replacement vehicle or mobility option shall be no less than two thousand five

hundred dollars ($2,500). Compensation toward a replacement vehicle for all other motor vehicle owners shall not exceed compensation for low-income motor vehicle owners.

(C) Compensation for either retired or replacement vehicles or a mobility option for low-income motor vehicle owners may be increased as necessary to maximize the air quality benefits of the program while also ensuring participation by low-income motor vehicle owners. Increases in compensation amounts may be based on factors, including, but not limited to, the age of the retired or replaced vehicle, the emissions benefits of the retired or replaced vehicle, the emissions impact of any replacement vehicle, participation by low-income motor vehicle owners, and the location of the vehicle in an area of the state with the poorest air quality.

(7) Cost-effectiveness and impacts on disadvantaged and low-income populations are considered. Program eligibility may be limited on the basis of income to ensure the program adequately serves persons of low or moderate income.

(8) Provisions coordinate the vehicle retirement and replacement and mobility option components of the program with the vehicle retirement component of the bureau's Consumer Assistance Program, established pursuant to other provisions of this chapter, and Clean Cars 4 All to ensure vehicle owners participate in the appropriate program to maximize participation and emissions reductions.

(9) Where applicable, there is improved coordination, integration, and partnerships with other programs that target disadvantaged communities and receive moneys from the Greenhouse Gas Reduction Fund, created pursuant to Section 16428.8 of the Government Code.

(10) Provisions enhance the prescreening of applicants to the program, if determined by the state board to be appropriate.

(11) Specific steps ensure the vehicle replacement and mobility option component of the program is available in areas designated as federal extreme nonattainment.

(12) A requirement that vehicles eligible for retirement have sufficient remaining life. Demonstration of sufficient remaining life may include proof of current registration, completing a recent smog check inspection, or completing another test similar to a smog check inspection.

Particular to ROBERT's pleading is the section that allows

the retirement of a car with less stringent qualifying rules. CA

Health & Safety Code § 44125(d)(12) provides.

(12) A requirement that vehicles eligible for retirement have sufficient remaining life. Demonstration of sufficient remaining life may include proof of current registration, completing a recent smog check inspection, or completing another test similar to a smog check inspection.

Notwithstanding the clear mandate, the requirement for mechanics' receipts fail to detect that a vehicle is, in fact, a continuous 2-year resident of California. It merely shows that a vehicle was repaired in California. Furthermore, obtaining receipts from sympathetic mechanics or those who have flexible ethics are not inconceivable. On the other hand, actual warning citations issued by law enforcement officers issued around the same neighborhood shows residency of the vehicle. An officer's testimony, if called upon, are normally not impeachable.

### BAR USED THE CAP PROGRAM TO COLLECT INFORMATION ABOUT ROBERT WITHOUT INTENDING TO GRANT HIS APPLICATION

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

The BAR/CAP program was rigged to exclude him from the very start, ensuring ROBERT does not get the assistance that he had sought. According to the available information, the target demographics for the program are the bottom strata of California's socio-economic ladder. Requiring mechanics' receipts to prove the vehicle's residency, is to them, a functional barrier to participating in the program. ROBERT and those similarly situated, could not afford to have their cars

28

maintained by mechanics. If need be, minor service are do-it-yourself projects conducted at parking lots or the side of a not-so-busy road.

In January 2016, Bankrate did a study and concluded:

Almost two in three Americans don't have enough savings to pay for a $500 car repair or a $1,000 emergency room bill, according to a new Bankrate.com (NYSE: RATE) report. (EXHIBIT 33)

In January 2021, Bankrate did another study and concluded:

Only 39% of Americans could cover an unexpected $1,000 expense such as a car repair or emergency room bill from their savings, according to a new report from Bankrate.com. This is down slightly from 41% in 2020 and 40% in 2019 and the same as 2018. Another 38% would have to borrow the money; 18% would finance it with a credit card and pay it off over time, 12% would borrow from family members or friends and 8% would take out a personal loan. Less than 1-in-5 (18%) would reduce spending on other things. (EXHIBIT 34)

Based solely only these highly news-quoted reports, the demographic that ROBERT belongs to will not likely have a mechanic on their contact list, unless they are relatives or friends who can offer services for free or a significant discount. Even if they have to, arranging a repair that costs more than the car's value would be foolish. At least in ROBERT'S case, BAR already knew that he would not qualify under such a tilted guideline. Had they intended otherwise, they would have considered compelling documentation presented by ROBERT that proved residency of his vehicle. Unfortunately, they did not, giving rise to this grievance.

1    This only allows the disturbing conclusion that the BAR/CAP

2    program is a tool used by government to collect information about

3    the growing number of Californians driven to underclass status

4    because of their homelessness or financial hardship. In the case

5    of ROBERT, they did not intend to provide the benefits of the

6    BAR/CAP program and used the wayward guideline to exclude him.

7    They simply wanted his information, valuable in that his

8    homelessness has kept him on the fringes of society unable to

9    participate and contribute to society. His habits, whereabouts

10   and other valuable information could not be obtained otherwise.

11   All such actions were both deceitful and discriminatory in the

12   meaning of the law.

13

14              **THE NEGLIGENCE OF ALL DEFENDANTS**

15   ROBERT incorporates by reference the allegations in all

16   preceding paragraphs of this complaint as though fully set forth

17   in this paragraph.

18   This complaint is framed by the undeniable condition of lack

19   being experienced by ROBERT. Homeless for 13 years now, it was a

20   fact laid bare to DEFENDANT DMV and DEFENDANT BAR, including DMV

21   DOE and all those who processed his applications, be it his

22   driver's license or the BAR/CAP program. Nonetheless their

23   actions, primarily amounting to ignoring written laws that

24   include California Health and Safety Codes §§§ 44011, 44062.3 &

25   44125 and California Vehicle Code § 4156(a) where negligent

26   in and of itself, considering their official obligations to their

27   constituents and no less to ROBERT, to know the laws that they

28   were enforcing.

1   Moreover, their actions were deliberately indifferent to the

2   plight of ROBERT in that the harm they were causing was

3   foreseeable. The fact that they were civil servants establishes a

4   duty to constituents and to ROBERT. Because of their wanton

5   actions, such duty was breached. Insofar as the laws they ignored

6   were specific to their duties, and to the transactions on hand at

7   the time, all culpability are rightfully thrown at their feet.

8   Their actions have caused innumerable problems, not the least of

9   which is it rendered ROBERT's vehicle useless and worthless,

10  which could only be ameliorated by the purchase of his vehicle by

11  the government under the BAR/CAP program.

12

13                  **MALICIOUS, OPPRESSIVE AND FRAUDULENT CONDUCT**

14  ROBERT incorporates by reference the allegations in all

15  preceding paragraphs of this complaint as though fully set forth

16  in this paragraph.

17  In January 2021, ROBERT returned to the DMV to get his

18  driver's license reissued. By this time, he had already sensed

19  that he was being experiencing a form of ghost exclusion that

20  only governments are capable of. By this time, he has already

21  been to DMV at least 6 times (EXHIBIT 35) and resolved to

22  document every trip, including snapping a picture of the DMV

23  DOE (EXHIBIT 25).

24  Upon seeing that his picture was taken, he let out a very

25  faint objection, eventually turning to vengefulness. He charged

26  ROBERT the full price of the driver's license (EXHIBIT 36),

27  instead the $15 (EXHIBIT 37) reissue fee. Then, he charged ROBERT

28  for questionable items now the subject of discovery.

1    Finally, when it was time to issue a temporary operating

2 permit, he did not, despite having authority to do so. In fact,

3 the DMV had already issued him a temporary permit (EXHIBIT 04)

4 under near-similar conditions, when he first acquired the car.

5    ROBERT had just spent a considerable amount of money and

6 time up until that point. He had explained to DMV DOE that he was

7 homeless and with limited funds. The fact that he would not issue

8 a Red Tag so the Toyota can be smog inspected effectively

9 rendered the car inoperable. The only option available was to

10 hire a tow truck to take the vehicle to the inspection center,

11 which ROBERT could not afford. As a result ROBERT is now under

12 pressure to remove the vehicle where it is currently parked,

13 but could not. He is facing the loss of his investment, the car

14 and personal belongings inside the vehicle.

15    The ordeal left ROBERT bewildered, eventually causing him to

16 suffer physical, emotional and psychological. DEFENDANTS DMV and

17 DMV DOE's actions were malicious, oppressive and fraudulent.

18 Their actions were deliberately indifferent to ROBERT.

19    But, the same can be said about the actions of DEFENDANT

20 BAR.

21    ROBERT presented BAR with information that clearly proved

22 the California residency of the '98 Toyota Corolla. They were

23 also informed of his relative financial state having submitted

24 income information from the EDD (EXHIBIT 21). They also ignored

25 his appeal letter of August 9, 2021 (EXHIBIT 23), having not

26 responded to it. They collected information from ROBERT knowing

27 full well that they would not grant his application, using it

28 for as yet unknown advantages. They knew that ROBERT was homeless

1   and very well the intended recipient of the BAR/CAP program but

2   devised reasons to exclude him from its benefits.

3        The denial and eventual consequences of it caused ROBERT

4   severe physical, emotional and psychological pain. DEFENDANTS DMV

5   and DMV DOE's actions were malicious, oppressive and fraudulent.

6   Their actions were deliberately indifferent.

7

8                   **EXTREME AND OUTRAGEOUS CONDUCT**

9        ROBERT incorporates by reference the allegations in all

10  preceding paragraphs of this complaint as though fully set forth

11  in this paragraph.

12       The California Supreme Court codified when extreme and

13  outrageous conduct exists, holding:

14

15       A cause of action for intentional infliction of emotional
    distress exists when there is "`"`(1) extreme and outrageous
16  conduct by the defendant with the intention of causing, or
    reckless disregard of the probability of causing, emotional
17  distress; (2) the plaintiff's suffering severe or extreme
    emotional distress; and (3) actual and proximate causation of the
18  emotional distress by the defendant's outrageous conduct.'"'"
    (Potter v. Firestone Tire & Rubber Co. (1993) 6 Cal.4th 965, 1001
19  [25 Cal.Rptr.2d 550, 863 P.2d 795]; see Christensen v. Superior
    Court (1991) 54 Cal.3d 868, 903 [2 Cal.Rptr.2d 79, 820 P.2d
20  181].) A defendant's conduct is "outrageous" when it is so
    "`"extreme as to exceed all bounds of that usually tolerated in a
21  civilized community."'" (Potter, at p. 1001.) And the defendant's
    conduct must be "`"intended to inflict injury or engaged in with
22  the realization that injury will result."'" (Ibid.) (Hughes v.
    Pair, 209 P. 3d 963 - Cal: Supreme Court 2009 at 1051)
23

24

25       ROBERT had been very truthful about his homelessness. The

26  address on all his DMV documents showed "General Delivery," a

27  fact that DMV DOE knew. In order to get his driver's license

28

1    issued, ROBERT showed his old ID, telling him that it isn't his

2    current address and that he is homeless. That should have alerted

3    DMV DOE to ROBERT's precarious financial situation. ROBERT's

4    condition was, in fact, untenable unless DMV DOE is desensitized

5    to such a plight. He was, in fact, in a vengeful fit.

6        What's more, the injury caused in ROBERT not being able to

7    get his car registration was foreseeable. DMV DOE knew that by

8    not issuing a temporary permit it would have left him with either

9    having it towed to a smog station at a high cost or have the

10   vehicle illegally driven. It was certain he was counting on the

11   latter and possibly a driving citation for expired tags as he did

12   so, adding to the already escalating cost of the registration.

13   The discriminatory policy that excluded ROBERT from obtaining a

14   temporary permit was equal to confiscation of his vehicle.

15       Given ROBERT's homelessness and the financial hardship that

16   they were causing, DEFENDANT DMV and DMV DOE'S actions were

17   extreme and outrageous conduct that caused ROBERT severe

18   physical, emotional and psychological pain.

19

20       **DEFENDANTS' VIOLATIONS OF CONSTITUTIONALLY PROTECTED RIGHTS**

21       ROBERT incorporates by reference the allegations in all

22   preceding paragraphs of this complaint as though fully set forth

23   in this paragraph.

24       ROBERT alleges that DEFENDANTS in various and separate

25   instances violated his First, Fifth and Fourteenth Amendment

26   rights.

27       The Supreme Court has ruled that punishing activities

28   undertaken to either document or complain about civil servants'

work are retaliatory and impinge on a person's First Amendment Right.

    "... and the mention of retaliation brings with it a tailwind of support from our longstanding recognition that the Government may not retaliate for exercising First Amendment speech rights, see Rankin v. McPherson, 483 U.S. 378, 107 S.Ct. 2891, 97 L.Ed.2d 315 (1987), (Wilkie v. Robbins, 551 US 537 - Supreme Court 2007 at 2601)

    Here we find an exasperated ROBERT after being put through a DMV governmental gauntlet and takes a picture of a government employee for his records. In return, DMV DOE retaliates, charging ROBERT extra money, and refused to issue a temporary permit, thereby extending the ordeal that has been ROBERT's experiences with the DMV.

    ROBERT had the right to document the work of the employee as everything the employee does that is bound by his work with the government is a public concern. For failing to protect the public from such retaliatory and harmful activities, DEFENDANT DMV and DMV DIRECTOR are equally culpable. It is well-settled that severe circumvention of the Fifth Amendment is often tantamount to government confiscation of a person's property.

    Although not apparent, it appears it is the government's intention to confiscate ROBERT's property without due process. As a homeless person, ROBERT's options in life are very limited. He has the '98 Toyota Corolla parked behind a liquor store in Orange, a situation required because he is unable to drive the car. Otherwise, he can simply park the car on a city street.

    However, DEFENDANT DMV and DMV DOE's refusal to issue a temporary permit prohibits him from doing the (unlawfully)

required smog inspection. This prohibition leaves ROBERT's
vehicle without current tags. Consequently, the vehicle is
subject to tow-away and impound, which the government will
initiate in the form of a police ordered towing. And though the
chain of possession and by whom can be argued, it is nonetheless
the government that will order the impounding, usually
accompanied by a citation for which ultimately the DMV will
likely be a part of down the chain. It will most probably issue
the clearance on the penalty fee laden registration, minus their
share of the intake.

The Fourteenth Amendment creates a shield against laws and
procedures that may appear fair and orderly but discriminate
against a person or class of people. Here we find expenses that
may be affordable to most but are prohibitive to those affected
like ROBERT and other similarly situated. In this instance, DMV
DOE's refusal to issue a temporary permit required him to obtain
the services of a tow truck to take his car to a smog center,
which he cannot afford. And because he does not wish to drive the
car without a permit, his property was rendered inoperable. Then,
DEFENDANT BAR required ROBERT to show two separate mechanics'
receipts for two consecutive years to grant his BAR/CAP
application in clear view of his income statement from the EDD
(EXHIBIT 21). Nonetheless, such requirements are not in the
spirit of the lawmaker's intentions for California Health and
Safety Code §§ 44062.3 & 44125, which seeks to assist the
lowliest members of society. When ROBERT appealed the denial of
his application, they ignored him, removing any meaningful
process for appeal.

**CAUSES OF ACTION AS AGAINST DEFENDANT DMV**

**COUNT ONE**

(Violation of California Health and Safety Code § 44011)

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that DEFENDANT DMV violated California Health and Safety Code § 44011, which provides in relevant parts:

> (a) All motor vehicles powered by internal combustion engines that are registered within an area designated for program coverage shall be required biennially to obtain a certificate of compliance or noncompliance, ...

To establish this claim, ROBERT will prove all of the following:

1. That DEFENDANT DMV, by and through DMV DOE, intentionally required ROBERT to have an annual smog inspection instead of biennially, in violation of this law.

2. That DEFENDANT DMV, by and through DMV DOE, was acting based on its established policies.

3. That DEFENDANT DMV, by and through DMV DOE's conduct violated California Health and Safety Code § 44011;

4. That ROBERT was harmed as a result; and

5. That DEFENDANT DMV, by and through DMV DOE was a substantial factor in causing ROBERT's harm.

**COUNT TWO**

(Violation of California Vehicle Code § 4156(a))

ROBERT incorporates by reference the allegations in all

37

preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that DEFENDANT DMV violated California Vehicle Code § 4156(a), which provides:

(a) Notwithstanding any other provision of this code, and except as provided in subdivision (b), the department in its discretion may issue a temporary permit to operate a vehicle when a payment of fees has been accepted in an amount to be determined by, and paid to the department, by the owner or other person in lawful possession of the vehicle.  The permit shall be subject to the terms and conditions, and shall be valid for the period of time, that the department shall deem appropriate under the circumstances.

To establish this claim, ROBERT will prove all of the following:

1. That DEFENDANT DMV, by and through DMV DOE, intentionally denied ROBERT a temporary permit despite payment of fees, in violation of § 4156(a);

2. That DEFENDANT DMV, by and through DMV DOE, was acting based on its established policies.

3. That DEFENDANT DMV, by and through DMV DOE's conduct violated California Vehicle Code § 4156(a);

4. That ROBERT was harmed as a result; and

5. That DEFENDANT DMV, by and through DMV DOE was a substantial factor in causing ROBERT's harm.

**COUNT THREE**

(Negligence)

ROBERT incorporates by reference the allegations in all

preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that he was harmed by DEFENDANT DMV, by and through DMV DOE's negligence. To establish this claim, ROBERT will prove all of the following:

1. That DEFENDANT DMV, by and through DMV DOE was negligent;

2. That ROBERT was harmed; and

3. That DEFENDANT DMV, by and through DMV DOE's negligence was a substantial factor in causing ROBERT's harm

**COUNT FOUR**

(Negligent Infliction of Emotional Distress)

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that DEFENDANT DMV, by and through DMV DOE's conduct caused him to suffer serious emotional distress. To establish this claim, ROBERT will prove all of the following:

1. That DEFENDANT DMV, by and through DMV DOE was negligent;

2. That ROBERT suffered serious emotional distress; and

3. That DEFENDANT DMV, by and through DMV DOE's negligence was a substantial factor in causing ROBERT's serious emotional distress, including but not limited to, suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, shame ad interrupted sleep.

**COUNT FIVE**

(Intentional Infliction of Emotional Distress)

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that DEFENDANT DMV by and through DMV DOE'S conduct caused him to suffer severe emotional distress. To establish this claim, ROBERT will prove all of the following:

1. That DEFENDANT DMV by and through DMV DOE'S conduct was outrageous;

2. That DEFENDANT DMV by and through DMV DOE'S intended to cause ROBERT emotional distress;

3. That ROBERT suffered severe emotional distress; and

4. That DEFENDANT DMV by and through DMV DOE'S's conduct was a substantial factor in causing ROBERT's severe emotional distress including but not limited to, suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, shame ad interrupted sleep.

**CAUSES OF ACTION AS AGAINST DEFENDANT DMV DOE**

**COUNT SIX**

(42 USC § 1983 – First Amendment Retaliation)

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that DMV DOE violated his civil rights. To establish this claim, ROBERT will prove all of the following:

That DMV DOE intentionally and unlawfully committed First

Amendment retaliation.

1. That DMV DOE was acting or purporting to act in the performance of his official duties;

2. That DMV DOE's conduct violated ROBERT's First Amendment Right to record his encounter with the government and his right not to be retaliated upon;

3. That ROBERT was harmed; and

4. That DMV DOE's retaliatory actions that denied ROBERT a biennial smog inspection and a temporary operating permit were a substantial factor in causing ROBERT's harm.

### CAUSES OF ACTION AS AGAINST DIRECTOR OF DMV

### COUNT SEVEN

(42 USC § 1983 – Customs, Practice & Policy)

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that DMV DIRECTOR violated his civil rights. To establish this claim ROBERT will prove all of the following:

1. That DMV DIRECTOR intentionally and willfully created an organization that systematically excluded and retaliated against individuals like ROBERT;

2. That DMV DIRECTOR was acting or purporting to act in the performance of his official duties;

3. That DMV DIRECTOR's conduct violated ROBERT's right from retaliation, his right from governmental takings and his right to equal protection under the law;

4. That ROBERT was harmed; and

5. That DMV DIRECTOR's failure to protect ROBERT's 1st, 5th and 14th Amendment Rights was a substantial factor in causing ROBERT's harm.

**COUNT EIGHT**

(42 USC § 1983 – Failure to Train)

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that he was deprived of his civil rights as a result of DEFENDANT DMV DIRECTOR's failure to train its employees. To establish this claim, ROBERT will prove all of the following:

1. That DEFENDANT DMV CHIEF's training program was not adequate to train its employee properly;

2. That DEFENDANT DMV CHIEF knew because of a pattern of similar violations, or it should have been obvious to him, that the inadequate training program was likely to result in a deprivation of the 1st, 5th and 14th Amendment of the US Constitution;

3. That DMV DOE violated ROBERT's 1st, 5th and 14th Amendment Right; and

4. That the failure to provide adequate training was the cause of the deprivation of ROBERT's 1st, 5th and 14th Amendment Right.

**CAUSES OF ACTION AS AGAINST DEFENDANT BAR**

**COUNT NINE**

(Violation of California Health and Safety Code § 44062.3)

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that DEFENDANT BAR violated California Health and Safety Code § 44062.3, which provides in relevant parts:

(6) (A) Compensation for retired vehicles is at least one thousand five hundred dollars ($1,500) for a low-income motor vehicle owner and not more than one thousand dollars ($1,000) for all other motor vehicle owners.

To establish this claim, ROBERT will prove all of the following:

1. That DEFENDANT BAR, by and through its employees, intentionally denied ROBERT's application for the BAR/CAP program despite producing documents that proved the California residency of his vehicle.

2. That DEFENDANT BAR, by and through its employees, was acting based on its established policies.

3. That DEFENDANT BAR, by and through its employee's conduct violated California Health and Safety Code § 44011;

4. That ROBERT was harmed as a result; and

5. That DEFENDANT BAR, by and through its employees, was a substantial factor in causing ROBERT's harm.

**COUNT TEN**

(Violation of Health & Safety Code § 44125)

43

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that DEFENDANT BAR violated California Health and Safety Code § 44125, which provides in relevant parts:

"(12) A requirement that vehicles eligible for retirement have sufficient remaining life. Demonstration of sufficient remaining life may include proof of current registration, completing a recent smog check inspection, or completing another test similar to a smog check inspection."

To establish this claim, ROBERT will prove all of the following:

1. That DEFENDANT BAR, by and through its employees, intentionally denied ROBERT's application for the BAR/CAP program despite producing documents that proved the California residency of his vehicle.

2. That DEFENDANT BAR, by and through its employees, was acting based on its established policies.

3. That DEFENDANT BAR, by and through its employee's conduct violated California Health and Safety Code § 44125;

4. That ROBERT was harmed as a result; and

5. That DEFENDANT BAR, by and through its employees, was a substantial factor in causing ROBERT's harm.

## COUNT ELEVEN

(Negligence)

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth

44

in this paragraph.

ROBERT claims that he was harmed by DEFENDANT BAR's negligence. To establish this claim, ROBERT will prove all of the following:

1. That DEFENDANT BAR, by and through involved employees, was negligent;

2. That ROBERT was harmed; and

3. That DEFENDANT BAR, by and through involved employees' negligence was a substantial factor in causing ROBERT's harm

**COUNT TWELVE**

(Negligent Infliction of Emotional Distress)

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that DEFENDANT BAR, by and through its employees' conduct caused him to suffer serious emotional distress. To establish this claim, ROBERT will prove all of the following:

1. That DEFENDANT BAR, by and through its employees was negligent;

2. That ROBERT suffered serious emotional distress; and

3. That DEFENDANT BAR, by and through its employee's negligence was a substantial factor in causing ROBERT's serious emotional distress, including but not limited to, suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, shame ad interrupted sleep.

**COUNT THIRTEEN**

(Intentional Infliction of Emotional Distress)

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that DEFENDANT BAR by and through its employees' conduct caused him to suffer severe emotional distress. To establish this claim, ROBERT will prove all of the following:

1. That DEFENDANT BAR by and through its employees' conduct was outrageous;

2. That DEFENDANT BAR by and through its employees intended to cause ROBERT emotional distress;

3. That ROBERT suffered severe emotional distress; and

4. That DEFENDANT bar, by and through its employees', conduct was a substantial factor in causing ROBERT's severe emotional distress including but not limited to, suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, shame ad interrupted sleep.

**CAUSES OF ACTION AS AGAINST CHIEF OF BAR**

**COUNT FOURTEEN**

(42 USC § 1983 – Customs, Practice & Policy)

ROBERT incorporates by reference the allegations in all preceding paragraphs of this complaint as though fully set forth in this paragraph.

ROBERT claims that BAR CHIEF violated his civil rights. To establish this claim will prove all of the following:

1. That BAR CHIEF intentionally and willfully created an
   organization that systematically excluded and discriminated
   against individuals like ROBERT;

2. That BAR CHIEF was acting or purporting to act in the
   performance of his official duties;

3. That BAR CHIEF's conduct violated ROBERT's right to equal
   protection under the law;

4. That ROBERT was harmed; and

5. That BAR CHIEF's failure to protect ROBERT's 5th and
   14th Amendment Rights was a substantial factor in causing
   ROBERT's harm.

**COUNT FIFTEEN**

(42 USC § 1983 – Failure to Train)

ROBERT incorporates by reference the allegations in all
preceding paragraphs of this complaint as though fully set forth
in this paragraph.

ROBERT claims that he was deprived of his civil rights as a
result of DEFENDANT BAR CHIEF's failure to train its employees.
To establish this claim, ROBERT will prove all of the following:

1. That BAR CHIEF's training program was not adequate to train
   its employee;

2. That BAR CHIEF knew because of a pattern of similar
   violations, or it should have been obvious to him, that the
   inadequate training program was likely to result in a
   deprivation of the 5th and 14th Amendment of the
   US Constitution;

3. That BAR CHIEF violated ROBERT's 5th and 14th Amendment

1    Right; and

2    4. That the failure to provide adequate training was the cause

3       of the deprivation of ROBERT's 5th and 14th Amendment Right.

4

5                            **REQUEST FOR RELIEF**

6    WHEREFORE, ROBERT requests judgment against Defendants, as

7    set forth herein below.

8       a. Pursuant to Counts 1 & 2, enter an injunctive order for

9          DMV to issue a temporary operator's permit to allow

10         ROBERT the privilege of public street parking;

11      b. Pursuant to Counts 1, declare that DEFENDANT DMV

12         violated California Health and Safety Code § 44011 and

13         issue an injunctive order for them to make reasonable

14         accommodations to allow for ROBERT's car to be smog

15         inspected, including but not limited to, issuing a

16         temporary operator's permit, paying for the cost of the

17         inspection and compensatory and punitive damages;

18      c. Pursuant to Counts 2, declare that DEFENDANT DMV

19         violated (Violation of California Vehicle Code § 4156(a))

20         and issue an injunctive order for them to make reasonable

21         accommodations to allow for ROBERT's car to be smog

22         inspected, including but not limited to, issuing a

23         temporary operator's permit, paying for the cost of the

24         inspection and compensatory and punitive damages;

25      d. Pursuant to Counts 3 & 11, declare that DEFENDANT DMV &

26         BAR, collectively and/or severally committed negligence

27         as against ROBERT;

28      e. Pursuant to Counts 4 & 12, declare that DEFENDANTS DMV &

BAR collectively and/or severally committed Negligent

Infliction of Emotional Distress as against ROBERT;

f. Pursuant to Counts 5 & 13, declare that DEFENDANTS DMV &

BAR collectively and/or severally committed Intentional

Infliction of Emotional Distress as against ROBERT;

g. Pursuant to Counts 6,7,8,14 &15, declare that DEFENDANTS

collectively and/or severally violated 42 USC § 1983 and

grant compensatory and punitive damages;

h. Pursuant to Count 9, declare that DEFENDANT BAR

violated California Health and Safety Code § 44062.3 and

issue an order for them to purchase ROBERT's '98

Toyota Corolla for a reasonable price as provided by

this law;

i. Pursuant to Count 10, declare that DEFENDANT BAR

violated Violation of Health & Safety Code § 44125 and

issue an order for them to purchase ROBERT's '98

Toyota Corolla for a reasonable price as provided by

this law;

j. Pursuant to California Civil Code § 3294, award punitive

damages for all state law violations.

k. Enter such orders required to restore money and/or

property, which may have been lost or displaced by means

of these unlawful acts, as provided in Title 16 of the

California Code of Regulations and other applicable laws;

l. Award ROBERT his costs of this suit;

m. Grant such other and further relief as the Court deems

just and proper.

**DEMAND FOR JURY TRIAL**

PLAINTIFF ROBERT hereby demand a trial by jury in this lawsuit.

Respectfully submitted,

Dated:  October 4, 2021

/s/ Robert Lacambra

ROBERT LACAMBRA - Plaintiff, In Pro Per

50

**VERIFICATION**

I, Robert Lacambra, am the Plaintiff in the above-entitled action. I have read the foregoing "Verified Complaint" and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at the City of Orange, California.

Dated: October 4, 2021

 /s/ Robert Lacambra

ROBERT LACAMBRA - Plaintiff, In Pro Per

US DISTRICT COURT – SOUTHERN DIVISION
LACAMBRA V. DEP'T OF MOTOR VEHICLE ET AL


**VERIFIED COMPLAINT - EXHIBITS LIST**


EXHIBIT 01 – '98 TOYOTA COROLLA & ROBERT'S LAW BOOKS

EXHIBIT 02 – '98 TOYOTA COROLLA TRANSFER PINK SLIP

EXHIBIT 03 – '98 TOYOTA COROLLA TRANSFER & REGISTRATION

EXHIBIT 04 – DMV TEMP OPERATORS PERMIT - RED TAG

EXHIBIT 05 – '98 TOYOTA COROLLA SMOG REPORT & RECEIPT

EXHIBIT 06 – '98 TOYOTA COROLLA TAGS ISSUED

EXHIBIT 07 – '98 TOYOTA PINK SLIP RECEIVED

EXHIBIT 08 – POLICE REPORT – '90 GMC BURGLARY

EXHIBIT 09 – DMV COSTA MESA APPOINTMENT TICKET 08.11.20

EXHIBIT 10 – DMV COSTA MESA APPONTMENT TICKET 08.14.20

EXHIBIT 11 – DMV COSTA MESA APPOINTMENT TICKET 8.25.20

EXHIBIT 12 – INSURANCE QUOTE WAWANESA INSURANCE

EXHIBIT 13 – '98 TOYOTA REGISTRATION PAID 01.20.21

EXHIBIT 14 – DMV: '98 TOY COR NEEDS SMOG, PROOF OF INS

EXHIBIT 15 – BAR/CAP ELIGIBILITY GUIDELINES

EXHIBIT 16 – BAR/CAP FREQUENTLY ASKED QUESTIONS

EXHIBIT 17 – BAR/CAP APPLICATION SENT ONLINE

EXHIBIT 18 – BAR/CAP APPLICATION CONFIRMATION

EXHIBIT 19 – BAR/CAP NEEDS LIST

EXHIBIT 20 – WAGE INFO REQUEST TO EDD

EXHIBIT 21 – ITEMS SENT FOR THE BAR/CAP (EDD INCOME INFO)

EXHIBIT 22 – BAR NOTICE OF INELIGIBILTY 08.03.21

EXHIBIT 23 – APPEAL LETTER, DOCS SENT BY ROBERT

EXHIBIT 24 – BAR NOTICE OF INELIGIBILITY 08.09.21

EXHIBIT 25 – IMAGE OF DMV DOE 01.20.21

EXHIBIT 26 – ROBERT'S CDL REINSTATEMENT NOTICE

EXHIBIT 27 – PICTURE OF DMV EMPLOYEE & DOCUMENT

EXHIBIT 28 – LEFT BLANK

EXHIBIT 29 – WARNING CITATION TO '98 TOY COROLLA

EXHIBIT 30 – 72 HOUR NOTICE TO "98 TOY COROLLA

EXHIBIT 31 – SMOG INSPECTION RECEIPT

EXHIBIT 32 – SMOG VIR REPORT

EXHIBIT 33 – BANK RATE REPORT 2016

EXHIBIT 34 – BANK RATE REPORT 2020

EXHIBIT 35 – SEVERAL DMV APPOINTMENTS - TICKETS

EXHIBIT 36 – CDL TRANSACTION RECEIPT

EXHIBIT 37 - $15 CDL TRANSACTION DOCUMENT

# EXHIBIT 01



# EXHIBIT 02

TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL    PRINT IN CAPITAL LETTERS - USE BLACK OR BLUE INK

**NOTICE OF TRANSFER AND
RELEASE OF LIABILITY**

MAIL THIS PORTION TO DMV-OR-FILE ONLINE AT dmv.ca.gov

DMV MICROGRAPHICS USE ONLY

A. NEW OWNER'S LAST NAME (OR, COMPANY NAME): ROBELACAMBRA   FIRST: ROBERT

C. ODOMETER READING (NO TENTHS): 133,060

B. NEW OWNER'S ADDRESS:    APT NUMBER:

D. CITY:    STATE:    ZIP CODE:

E. DATE OF SALE OR LEASE RETURN: 0802 2019

F. SELLER'S OR LESSEE'S LAST NAME (OR, COMPANY NAME):    FIRST:

G. SELLING PRICE (NO CENTS): 500 WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS:    APT NUMBER:

I. SELLER'S OR LESSEE'S SIGNATURE: X

J. CITY:    STATE:    ZIP CODE:

VEHICLE ID NUMBER: 1NXBR12E1WZ056572    YR MODEL: 1998   MAKE: TOYT    PLATE NUMBER: 4AQR712

**STATE OF CALIFORNIA
CERTIFICATE OF TITLE**

61115101602    VEHICLE HISTORY

# EXHIBIT 03



```
FEE1   F00 A DI5 P GFEE1 PCVS   62822426    0 VF01E        0 081219 1637 VDAP
                          *** G E N E R A T E D   F E E S ***
01 CURR RF        57.00  16                        31
02 CURR CHP       26.00  17                        32
03 CURR VLF        4.00  18                        33
04 CURR SAFE       1.00  19                        34
05 CURR FID        1.00  20                        35
06 CUR AUTO/DUI    1.00  21                        36
07 CURR AIR QLT    6.00  22                        37
08 CURR SC AIR     1.00  23                        38
09 ALT FUEL RF     3.00  24                        39
10 TIF            25.00  25                        40
11 TRANSFER       15.00  26                        41
12 USE TAX        39.00  27                        42
13 CURR REG PEN   30.00  28                        43
14 CHP PEN        30.00  29                        44
15 CURR VLF PEN    2.00  30            TOTAL FEES DUE:        241.00

FEE #-      $AMT-      REASON-    PASSWORD-    CURR EXP DATE: 02/22/19
   FR-      R30-         VESSEL TAX BYPASS-    NEW EXP DATE: 02/22/20
                                     VIN- 1NXBR12E1WZ056572
   ENTER   WAIVER-PF1  NO RENEWAL-PF2  KEY FEES-PF3  FALLBACK  RESTART  CANCEL
```

# EXHIBIT 04



# EXHIBIT 05

# Smog Check Vehicle Inspection Report (VIR)

## Vehicle Information

Test Date/Time: 08/19/2019 @ 09:19 AM

| | | | | | |
|---|---|---|---|---|---|
| Model-Year: | 1998 | Make: | TOYOTA | Model: | COROLLA |
| License: | 4AQR712 | State: | California | VIN: | 1NXBR12E1WZ056572 |
| Engine Size: | 1.80 L | Type: | Passenger | Transmission: | Automatic |
| GVWR: | 0 | Test Weight: | 2750 | Cylinders: | 4 |
| Odometer: | 135337 | Certification: | California | VLT Record #: | 28454 |
| Fuel Type: | Gasoline | Exhaust: | Single | Inspection Reason: | Change of Ownership |
| | | | | Engine Year: | 0000 |

## Overall Test Results

Congratulations! Your vehicle passed the enhanced Smog Check inspection, which helps California reach its daily goal of removing an extra 100 tons of smog-forming emissions from the air. Thank you for keeping your vehicle well maintained.

Comprehensive Visual Inspection: **PASS**    Functional Check: **PASS**    Emissions Test: **PASS**

Smog Check Certificate Number: **1F768258C**

DMV ID Number: **7905F7591692**

Your Smog Check certificate will be electronically transmitted to DMV
Please keep this copy for your records

## Emission Control Systems Visual Inspection/Functional Check Results

(Visual/Functional tests are used to assist in the identification of oxides of nitrogen, crankcase and cold start emission which are not measured during the ASM tests.)

| RESULT | ECS | RESULT | ECS | RESULT | ECS |
|---|---|---|---|---|---|
| PASS- | PCV | N/A- | Thermostatic Air Cleaner | PASS- | Fuel Evaporative Controls |
| PASS- | Catalytic Converter | N/A- | Air Injection System | PASS- | Fuel Tank Cap Visual |
| N/A- | Visual EGR | PASS- | Ignition Spark Controls | N/A- | Carburetor |
| PASS- | Fuel Injection | PASS- | O2 Sensors and Connectors | PASS- | Wiring of Other |
| PASS- | Vacuum Line Connections | PASS- | Other Emission Related | | Sensors or Switches |
| | | N/A- | Functional EGR | N/A- | Ignition Timing: TDC |
| PASS- | MIL | N/A- | Fill Pipe Restrictor | PASS- | Liquid Fuel Leaks |
| N/A- | Fuel Evap Test | | | | |

## ASM Emission Test Results

| | | CO2 (%) | O2 (%) | HC (PPM) | | | CO(%) | | | NO (PPM) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test | RPM | MEAS | MEAS | MAX | AVE | MEAS | MAX | AVE | MEAS | MAX | AVE | MEAS | Results |
| 15 mph | 1834 | 14.70 | 0.07 | 64 | 9 | 33 | 0.55 | 0.03 | 0.30 | 477 | 67 | 467 | PASS |
| 25 mph | 1780 | 14.80 | 0.01 | 47 | 6 | 7 | 0.54 | 0.03 | 0.13 | 764 | 62 | 348 | PASS |

MAX ~ Maximum Allowable Emissions    AVE ~ Average Emissions For Passing Vehicles    MEAS ~ Amount Measured

## Smog Check Inspection Station Information

J.J. TEST AND REPAIR
403 W. WALNUT AVE
ORANGE 92867

714-633-8391

Station Number: RC274277

Technician Name/Number:  PHAM, JIMMY/EO151680
Repair Tech. Name/Number: N/A

Software Version/EIS Number:  1707/WP392709

I certify, under penalty of perjury under the laws of the State of California, that I inspected the vehicle described above, that I performed the inspection in accordance with all bureau requirements, and that the information listed on the vehicle inspection report is true and correct.

08/19/2019
Date

Technician's Signature

Certificates are valid for 90 days from date of issuance

J.J. TEST and REPAIR

B.A.R #RC 274277

403 W. Walnut Ave., Orange, CA 92867

Tel: (714) 633-8391

No 3258

| QTY | PART NO. OR DESCRIPTION | AMOUNT |
|---|---|---|

FOLLOWING REPAIRS RECOMMENDED

TOTAL PARTS

By law, you may choose another facility to perform any needed repair or adjustments which the smog check test indicates are necessary

WARRANTY: from date of delivery for a period of 6,000 miles or 6 months, whichever comes first. This firm will replace any defects in material and workmanship to the vehicle mentioned here. All work to be done in our shop only. This does not include towing charges.

$ _____ per day storage fee will be charged 24 hours after notification of work completed

☐ CASH  ☐ CHECK  ☐ CHARGE  ☐ CREDIT CARD

NAME  ROBERT LACAMBRA

ADDRESS  HOMELESS

CITY  STATE  ZIP

RES. PHONE #

BUS. PHONE #

YEAR MAKE MODEL

MILEAGE  135337

LICENSE NO / AGR 712  VIN #  WRITTEN BY

DATE 08/19/2019

| OPER. NO. | REPAIR ORDER - DESCRIPTION OF WORK | AMOUNT |
|---|---|---|
| ✓ | SMOG TEST to 96 - NEW | AG  75 |
| ✓ | PRETEST | |
| ✓ | CERTIFICATE # | 8  25 |
| ✓ | ELECTRONIC TRANSFER FEE (E.T.F.) | |
| | RETEST  PASS | N/C |

| | ORIGINAL ESTIMATE $ | DATE | TIME |
|---|---|---|---|
| | REVISED ESTIMATE $ | DATE | TIME |
| | REVISED ESTIMATE $ | DATE | TIME |

I hereby authorize the above repair service to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car, truck or vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car, truck or vehicle to secure the amount of repair thereto. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control. In the event legal action is necessary to enforce this contract, I will pay reasonable attorney's fees and court costs.

Authorized by X _____

| | | |
|---|---|---|
| TOTAL LABOR | 55 | |
| TOTAL PARTS | | |
| GAS, OIL, GREASE | | |
| SUBLET REPAIRS | | |
| WASTE DISPOSAL FEE | | |
| TAX | | |
| PAY THIS AMOUNT | | |

# EXHIBIT 06



REGISTRATION CARD VALID FROM: 02/22/2019 TO: 02/22/2020

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|------|----------|-------------|-----------|-----|----------|----------|----------------|
| TOYT | 1998 | 1998 | AD | 2019 | 120 | 11 | 4AQR712 |

| BODY TYPE MODEL | MF | MO | | | | VEHICLE ID NUMBER |
|------|------|------|---|---|---|---|
| 4D | G | AH | | | | 1NXBR12E1WZ056572 |

| TYPE VEHICLE USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | FIC | USE TAX | STICKER ISSUED |
|------|------|------|------|------|------|------|
| AUTOMOBILE | 08/19/19 | 30 | 08/19/19 | 3 | 39 | P4191227 |

PR EXP DATE: 02/22/2019

AMOUNT PAID
$ 241.00

REGISTERED OWNER
LACAMBRA ROBERT NELSON
GENERAL DELIVERY
1075 N TUSTIN

AMOUNT DUE        AMOUNT RECVD
$ 241.00   CASH :
            CHCK :
            CRDT :

ORANGE
CA          92863

LIENHOLDER

CA 2020
P 4191227

DO NOT WET STICKER. SEE BACK
OF STICKER FOR INSTRUCTIONS.
PUT YEAR STICKER ON LICENSE
PLATE AS SHOWN BELOW.

MOTORCYCLES:
Right Half of
This Well

F01   628 L0 0024100 0013 CS

# EXHIBIT 07

# STATE OF CALIFORNIA

## CERTIFICATE OF TITLE

628190819L0

VEHICLE HISTORY

AUTOMOBILE

| VEHICLE ID NUMBER | | | | YR MODEL | MAKE | PLATE NUMBER |
|---|---|---|---|---|---|---|
| 1NXBR12E1WZ056572 | | | | 1998 | TOYT | 4AQR712 |

| BODY TYPE MODEL | AX | UNLADEN WEIGHT | FUEL | TRANSFER DATE | FEES PAID | REGISTRATION EXPIRATION DATE |
|---|---|---|---|---|---|---|
| 4D | | | G | 08/02/19 | $241 | 02/22/2020 |

| YR 1ST SOLD | CLASS | YR | MO | EQUIPMT/TRUST NUMBER | ISSUE DATE |
|---|---|---|---|---|---|
| 1998 AD | | 2019 | AH | | 08/19/19 |

MOTORCYCLE ENGINE NUMBER

ODOMETER DATE
10/14/2015

ODOMETER READING

REGISTERED OWNER(S)
LACAMBRA ROBERT NELSON
GENERAL DELIVERY
1075 N TUSTIN
ORANGE CA 92863

I certify (or declare) under penalty of perjury under the laws of the State of California that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**

1a _____   X _____
          DATE                    SIGNATURE OF REGISTERED OWNER

1b _____   X _____
          DATE                    SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ | | | | , | | | ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked. Mileage is VOID if altered or erased.

WARNING    ☐ Odometer reading is **not** the actual mileage. ☐ Mileage exceeds the odometer mechanical limits.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| DATE | TRANSFEROR/SELLER SIGNATURE(S) | DATE | TRANSFEREE/BUYER SIGNATURE(S) |
|---|---|---|---|
| | X | | X |

PRINTED NAME OF SELLER OR AGENT SIGNING FOR A COMPANY          PRINTED NAME OF BUYER OR AGENT SIGNING FOR A COMPANY

### IMPORTANT READ CAREFULLY

Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S)

2. X _____
   Signature releases interest in vehicle. (Company names must be countersigned)

   Release Date

010882   CA191268426

REG. 17.30PB (REV 02/2014)

KEEP IN A SAFE PLACE - VOID IF ALTERED

# EXHIBIT 08

# Orange Police Department
CA

Case #:20-06-0584                                        Incident #: 20-06-0584

| Event |
|---|

## 493 N Glassell St ORANGE, CALIFORNIA 92866

| | |
|---|---|
| Type of Incident: | PC 459 - VEHICLE BURGLARY |
| Date/Time Reported: | 06/18/2020 16:57:52 |
| Date/Time Started: | 06/18/2020 16:57:52 |
| Date/Time Ended: | 06/18/2020 20:16:00 |
| RD: | RD 23W |
| Report Type: | INITIAL |
| CHP 180: | No |
| Domestic Violence: | No |
| Hate Crime / Incident: | No |
| Serialized Property: | No |
| Gang Related: | No |
| Elder Abuse: | No |
| Homeland Security: | No |
| PRCS, Parole, Probation: | No |
| Transient: | No |
| Evidence Collected: | Yes |
| Latent Prints: | No |
| Photos Taken: | Yes |
| Surveillance Video: | No |
| DNA: | Yes |
| Blood: | No |
| Comments: | |

| Suspects (1) |
|---|

## UNKNOWN,

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Person Number: | 1 |
| Home Phone #: | |
| Work Phone #: | |
| Cellular phone #: | |
| Misc: | |
| Occupation Code: | |

ORANGE POLICE DEPARTMENT AUTHORIZED COPY
RELEASE TO: Robert N. LaCambra
DATE: 6/30/20 BY: KL 1378
NOTICE: THIS COPY IS NOT TO BE DUPLICATED OR
TRANSFERRED TO ANOTHER PERSON OR AGENCY
AND IS TO BE DESTROYED BY THE ABOVE NAMED
INDIVIDUAL OR AGENCY UPON COMPLETION OF ITS
ORIGINAL USE. ORANGE POLICE DEPARTMENT.

# Orange Police Department

Orange Police Department

CA

Case #:20-06-0584                 Incident #: 20-06-0584

| Victim (1) |
|---|

## LACAMBRA, ROBERT NELSON

| | |
|---|---|
| Victim Type: | PERSON / INDIVIDUAL (NOT A LAW ENFORCEMENT OFFICER) |
| Person Number: | 1 |
| Related Type of Crimes: | 459 BURGLARY |
| Address: | TRANSIENT |
| City: | ORANGE |
| State: | CALIFORNIA |
| Zip: | 92867 |
| County: | ORANGE |
| Country: | USA (UNITED STATES OF AMERICA) |
| Relationship To Offender: | UNKNOWN UNKNOWN , Stranger - Unknown |
| Victim Burglary, Larceny or Robbery: | ABSENT |
| Domestic Violence: | No |
| Date of Birth: | 09/25/1965 |
| Age: | 54 |
| Sex: | MALE |
| Race: | Filipino |
| Ethnicity: | NON-HISPANIC |
| Injury: | No |
| Work Phone #: | |
| Cellular Phone #: | (949)-426-8730 |
| DL Number: | C3301950 |
| DL State: | CALIFORNIA |
| Email: | ROBERTSJUSTICE@LIVE.COM |

ORANGE POLICE DEPARTMENT AUTHORIZED COPY
RELEASE TO: _Robert N. Lacambra_
DATE: 6/30/20 BY: ___ KL 1378 ___
NOTICE: THIS COPY IS NOT TO BE DUPLICATED OR
TRANSFERRED TO ANOTHER PERSON OR AGENCY
AND IS TO BE DESTROYED BY THE ABOVE NAMED
INDIVIDUAL OR AGENCY UPON COMPLETION OF ITS
ORIGINAL USE. ORANGE POLICE DEPARTMENT.

# Orange Police Department

CA

Case #:20-06-0584                                    Incident #: 20-06-0584

## Offenses (1)

### 459 BURGLARY

| | |
|---|---|
| UCR/NIBRS Code: | 06d. Larceny/Theft d. From Motor Vehicles (except e.) |
| Felony/Misdemeanor: | FELONY |
| UCR Class: | LARCENY THEFT (EXCEPT MOTOR VEHICLES) |
| UCR SubClass: | THEFT FROM MOTOR VEHICLE |
| Degree: | F |
| State Code: | 400 |
| UCR Hierarchy: | 12900 |
| Offense Location: | LIQUOR STORE |
| Premise: | GAS / SERVICE STATION |
| Bias Motivation Crime: | NONE |
| Method of Entry: | SMASH GLASS |
| Instr Tool Used: | OTHER |
| Point Of Entry: | REAR WINDOW |
| Forcible (Property Crime Only): | YES |
| Scene Visibility: | CLEAR |
| Time Of Day: | Night |
| Counts (Records Only): | 1 |
| Crime Prevention Follow Up Needed: | No |

## Vehicle (1)

### 1990 GMC Suburban

| | |
|---|---|
| Related Offense: | 459 BURGLARY |
| VIN: | 1GKGR26N1LF508535 |
| Vehicle Type: | STATION WAGON |
| Status: | VICTIM VEHICLE |
| Damage: | REAR PASSENGER WINDOW SMASH |
| Style: | STATION WAGON |
| Color(s): | Blue |
| Plate No.: | 80553M1 |
| Year of Plate: | 2017 |
| State of Plate: | CALIFORNIA |
| Related To: | LACAMBRA ROBERT NELSON |

## Property (17)

### BAG

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Color: | Black |
| Property Value: | ▊ |
| Related To: | LACAMBRA ROBERT NELSON |

ORANGE POLICE DEPARTMENT AUTHORIZED COPY
RELEASE TO: Robert N. Lacambra
DATE: 6-30-20 BY: KL 1378
NOTICE: THIS COPY IS NOT TO BE DUPLICATED OR
TRANSFERRED TO ANOTHER PERSON OR AGENCY
AND IS TO BE DESTROYED BY THE ABOVE NAMED
INDIVIDUAL OR AGENCY UPON COMPLETION OF ITS
ORIGINAL USE. ORANGE POLICE DEPARTMENT.

# Orange Police Department
CA

Orange Police Department

Case #:20-06-0584                                        Incident #: 20-06-0584

## LAPTOP 15 INCH W CHARGING CABLE
| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Color: | Aluminum/Silver |
| Make: | HP |
| Serial: | NONE |
| Property Value: | ▮ |
| Related To: | LACAMBRA ROBERT NELSON |

## BATTERY PACK W CABLE
| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Color: | Black |
| Make: | ANKER |
| Property Value: | ▮ |
| Related To: | LACAMBRA ROBERT NELSON |

## PHILIPPINES BIRTH CERTIFICATE
| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Property Value: | ▮ |
| Related To: | LACAMBRA ROBERT NELSON |

## VEHICLE REGISTRATION
| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Serial: | 80553M1 |
| Property Value: | ▮ |
| Related To: | LACAMBRA ROBERT NELSON |

## HARDDRIVE 1TB
| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Color: | Black |
| Make: | WESTERN DIGITAL |
| Property Value: | ▮ |
| Related To: | LACAMBRA ROBERT NELSON |

ORANGE POLICE DEPARTMENT AUTHORIZED COPY
RELEASE TO: Robert N Lacambra
DATE: 630 20 BY: KL 1378
NOTICE: THIS COPY IS NOT TO BE DUPLICATED OR
TRANSFERRED TO ANOTHER PERSON OR AGENCY
AND IS TO BE DESTROYED BY THE ABOVE NAMED
INDIVIDUAL OR AGENCY UPON COMPLETION OF ITS
ORIGINAL USE. ORANGE POLICE DEPARTMENT.

# Orange Police Department

CA

Orange Police Department

Case #:20-06-0584                                    Incident #: 20-06-0584

## PINK SLIP

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Serial: | 80553M1 |
| Property Value: | ■ |
| Related To: | LACAMBRA ROBERT NELSON |

## COURT DOCUMENTS

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Property Value: | ■ |
| Related To: | LACAMBRA ROBERT NELSON |

## CASE

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Color: | Black |
| Property Value: | ■ |
| Related To: | LACAMBRA ROBERT NELSON |

## FLASHDRIVES

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 7.0000 |
| Property Value: | ■ |
| Related To: | LACAMBRA ROBERT NELSON |

## BAG

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Color: | Black |
| Property Value: | ■ |
| Related To: | LACAMBRA ROBERT NELSON |

## LONG SLEEVE SHIRT

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Color: | Black, Red, Aluminum/Silver |
| Property Value: | ■ |
| Related To: | LACAMBRA ROBERT NELSON |

ORANGE POLICE DEPARTMENT AUTHORIZED COPY
RELEASE TO: _Robert N. Lacambra_
DATE: 6/30/20 BY: _KL 1378_
NOTICE: THIS COPY IS NOT TO BE DUPLICATED OR
TRANSFERRED TO ANOTHER PERSON OR AGENCY
AND IS TO BE DESTROYED BY THE ABOVE NAMED
INDIVIDUAL OR AGENCY UPON COMPLETION OF ITS
ORIGINAL USE. ORANGE POLICE DEPARTMENT.

# Orange Police Department

CA

Case #:20-06-0584                                      Incident #: 20-06-0584

## MISC TOOLS

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 4.0000 |
| Color: | Aluminum/Silver |
| Property Value: | ▮ |
| Related To: | LACAMBRA ROBERT NELSON |

## BIKE LOCK

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Color: | Black |
| Property Value: | ▮ |
| Related To: | LACAMBRA ROBERT NELSON |

## Camera sling bag

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Color: | Beige |
| Property Value: | ▮ |
| Related To: | LACAMBRA ROBERT NELSON |

## Bag

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Color: | Blue, Gray |
| Property Value: | ▮ |
| Related To: | LACAMBRA ROBERT NELSON |

## Miscellaneous court documents

| | |
|---|---|
| Related Type of Crimes: | 459 BURGLARY |
| Property Status: | STOLEN |
| Quantity: | 1.0000 |
| Property Value: | ▮ |
| Related To: | LACAMBRA ROBERT NELSON |

ORANGE POLICE DEPARTMENT AUTHORIZED COPY
RELEASE TO: Robert N. Lacambra
DATE: 6/30/20 BY: KL 1378
NOTICE: THIS COPY IS NOT TO BE DUPLICATED OR
TRANSFERRED TO ANOTHER PERSON OR AGENCY
AND IS TO BE DESTROYED BY THE ABOVE NAMED
INDIVIDUAL OR AGENCY UPON COMPLETION OF ITS
ORIGINAL USE. ORANGE POLICE DEPARTMENT.

---

**Narrative (1)**

---

Mondragon, Matthew 1662                                      06/19/2020

### SYNOPSIS:

Robert Lacambra's vehicle was parked at 493 N. Glassell Street. Lacambra returned to his vehicle and

# Orange Police Department

Orange Police Department

CA

Case #:20-06-0584                                    Incident #: 20-06-0584

discovered the rear passenger window smashed.

**FACTS:**

On June 18, 2020, at approximately 1919 hours, I was working uniformed patrol in a marked Orange Police Department vehicle. My vehicle was equipped with a Mobile Audio Video (MAV) device, which was not active during this incident.

I was dispatched to Hooves Liquor (493 N. Glassell Street), reference a vehicle burglary investigation. Dispatch advised the calling party's vehicle had the rear passenger window smashed. Dispatch advised the loss was a computer and miscellaneous documents.

I arrived on scene and contacted the victim, Robert Lacambra (DOB: 09/25/65), who told me the following:

Lacambra is homeless and lives out of his vehicle.

Lacambra stated he works at Hooves Liquor and was allowed by the owner to park his vehicle to the rear of the business. Lacambra's vehicle has been parked in the rear alley for approximately three years and has not moved.

On June 18, 2020, at approximately 0915 hours, Lacambra left his vehicle to go visit his family in the City of Costa Mesa. Lacambra ensured his vehicle was locked and secured.

At approximately 1630 hours, Lacambra returned to his vehicle and discovered his rear passenger window was smashed. Lacambra stated he opened his driver side door and reached inside to open the rear passenger door. Lacambra noticed the door was already unlocked. Lacambra then put on a pair of gloves before he touched anything inside the vehicle. Lacambra noticed a black, metal rod was inside his vehicle where the window smash was. Lacambra moved the metal rod and placed it inside a trash bag prior to our arrival. Lacambra stated the metal rod was not his.

Lacambra stated three different bags were missing with different items in each bag. Lacambra stated each bag was located in his backseat on the floorboard. Lacambra detailed the following items as missing:

Bag #1:

Black computer bag

Silver HP 15inch laptop with charging cable

Key to unlock vehicle

Anker battery pack with charger

ORANGE POLICE DEPARTMENT AUTHORIZED COPY
RELEASE TO: Robert N. Lacambra
DATE: 6/30/20 BY: KL 1378
NOTICE: THIS COPY IS NOT TO BE DUPLICATED OR
TRANSFERRED TO ANOTHER PERSON OR AGENCY
AND IS TO BE DESTROYED BY THE ABOVE NAMED
INDIVIDUAL OR AGENCY UPON COMPLETION OF ITS
ORIGINAL USE. ORANGE POLICE DEPARTMENT.

# Orange Police Department

CA

Orange Police Department

---

Case #:20-06-0584                                     Incident #: 20-06-0584

---

Philippines birth certificate

Western Digital portable 1TB hard drive ███

Registration to his vehicle

Pink slip for his vehicle

Miscellaneous court documents

Black case ███

7 flash drives ███

Bag #2:

Black backpack ███

Long sleeve shirt ███

Miscellaneous tools (4) ███

Bike lock ███

Black camera sling bag ███

Bag #3:

Blue/grey bag ███

Miscellaneous court documents

Lacambra estimated the loss at ███

ORANGE POLICE DEPARTMENT AUTHORIZED COPY
RELEASE TO: Robert N. Lacambra
DATE: 6/30/20 BY: KL 1378
NOTICE: THIS COPY IS NOT TO BE DUPLICATED OR
TRANSFERRED TO ANOTHER PERSON OR AGENCY
AND IS TO BE DESTROYED BY THE ABOVE NAMED
INDIVIDUAL OR AGENCY UPON COMPLETION OF ITS
ORIGINAL USE. ORANGE POLICE DEPARTMENT.

Lacambra has two sets of keys for the vehicle. One key is kept on his person and the other key was located inside one of the stolen bags. Lacambra did not see anything suspicious when he left his vehicle. Lacambra did not give anyone permission to enter his vehicle and is desirous of prosecution. No witnesses or suspects were seen at the time of the incident.

I took digital photographs of the interior and exterior of Lacambra's vehicle. I later downloaded the images into the DIMS system.

I checked the surrounding area for surveillance cameras and located a camera affixed to the northwest corner of Hooves Liquor. The camera was facing eastbound on Walnut Avenue, but did not have visual of the rear alley. At this time, there was no access to the surveillance footage.

Lacambra stated there were hand imprints on the driver side windows of his vehicle. I observed hand prints on both windows. I used black fingerprint powder and attempted to dust the windows for fingerprints. Due to dirt and debris, I was unable to locate any workable latent prints.

---

# Orange Police Department

CA

Orange Police Department

---

Case #:20-06-0584                                   Incident #: 20-06-0584

---

Using a sterile DNA cotton swab and distilled water, I processed the following locations for DNA:

Rear driver window

Rear passenger interior door handle

Rear passenger exterior door handle

Lacambra provided an elimination DNA swab. I later booked the DNA swabs and the metal rod into OPD Property as evidence.

I provided Lacambra with an OPD report information pamphlet which contained the report number and Marsy's law victim's bill of rights.

Forward to OPD Detectives for follow up.

At the same location, a vehicle parked adjacent to Lacambra's had damage to the driver side door. Refer to DR 20-06-0586 for further.

**EVIDENCE:**

Digital photographs

DNA cotton swab

DNA elimination buccal swab

ORANGE POLICE DEPARTMENT AUTHORIZED COPY
RELEASE TO: Robert N. Lacambra
DATE: 6/30/20 BY: KL 1378
NOTICE: THIS COPY IS NOT TO BE DUPLICATED OR TRANSFERRED TO ANOTHER PERSON OR AGENCY AND IS TO BE DESTROYED BY THE ABOVE NAMED INDIVIDUAL OR AGENCY UPON COMPLETION OF ITS ORIGINAL USE. ORANGE POLICE DEPARTMENT.

**STATEMENTS:**

Melendez did not give anyone permission to enter his vehicle and is desirous of prosecution.

**DISPOSITION:**

Robert Lacambra's vehicle was parked at 493 N. Glassell Street. Lacambra returned to his vehicle and discovered the rear passenger window smashed.

Forward to OPD Detectives for further.

| Officer (2) | | |
|---|---|---|
| **Reporting Officer:** | Mondragon, Matthew (1662) | 06/19/2020 17:29:00 |
| **Approving Officer:** | Bevins, Thomas (0824) | 06/20/2020 01:35:58 |

| Attachment Data (1) |
|---|

Description:
File Name:    20-06-0584 - PROP RPT.pdf

---

# EXHIBIT 09



# WELCOME TO THE DEPARTMENT OF MOTOR VEHICLES COSTA MESA
To schedule an appointment call: 1-800-777-0133 or visit WWW.DMV.CA.GOV

**CUSTOMER SERVICE #:**

# B

*"NOW SERVING..."*

FOR DMV USE ONLY

- ☐ DL
- ☐ VR
- ☐ DP
- ☐ EXP
- ☐ REAL ID
- ☐ FNC

WOULD YOU LIKE TO RECEIVE A TEXT MESSAGE NOTIICATION WHEN YOUR NUMBER IS CLOSE TO BEING CALLED FOR SERVICE? IF YES, INPUT NUMBER BELOW.

(949) 426 - 8730

To expedite your check-in process, please complete an electronic application, if required, by visiting **EDLAPP.DMV.CA.GOV** on your mobile device

ELECTRONIC APPLICATION CONFIRMATION #:

5 D C 5 - 3 C 3 D

☐ Scan Me

****NO RE-ENTRY INTO THE BUILDING AFTER 5:00PM****

ONLY
- CASH
- CHECK
- DEBIT

NO CREDIT CARDS

# EXHIBIT 10



# EXHIBIT 11



**WELCOME TO THE DEPARTMENT OF MOTOR VEHICLES COSTA MESA**
To schedule an appointment call: 1-800-777-0133 or visit *WWW.DMV.CA.GOV*

**CUSTOMER SERVICE #:**

G 093

"NOW SERVING..."

DATELINE: 8/25/20

**FOR DMV USE ONLY**

DLD

☐ DL
☐ VR        ☐ REAL ID
☐ DP        ☐ FNC
☐ EXP

WOULD YOU LIKE TO RECEIVE A TEXT MESSAGE NOTIFICATION WHEN YOUR NUMBER IS CLOSE TO BEING CALLED FOR SERVICE? IF YES, INPUT NUMBER BELOW.

( ) N/A

To expedite your check-in process, please complete an electronic application, if required, by visiting *EDLAPP.DMV.CA.GOV* on your mobile device

**ELECTRONIC APPLICATION CONFIRMATION #:**        **ONLY**

O A D A - D 5 0 5

• CASH
• CHECK
• DEBIT/CREDIT CARD (2.3% SERVICE FEE)

☐ Scan Me    ****NO RE-ENTRY INTO THE BUILDING AFTER 5:00PM****

# EXHIBIT 12



**PERSONAL AUTOMOBILE QUOTE
6 MONTH TERM**

| APPLICANT NAME AND ADDRESS | SERVICE OFFICE |
|---|---|

ROBERT LACAMBRA
1075 N TUSTIN ST
ORANGE CA  92863-9000

**WAWANESA INSURANCE
PO BOX 82867
SAN DIEGO CA 92138-9492
1-877-WAWANESA (929-2637)**

## Thank you for requesting a Wawanesa Automobile Insurance Quote

Quote Number 235037002

Based on the information you provided, this is your premium for 6 months of coverage from Wawanesa Insurance effective Nov 17, 2020.

# $26.89

**per month***

$161.31 for 6 months

**\* This monthly payment amount is an estimate.** Monthly installment amount, down payment and fees are based on the payment plan selected. The amounts listed above are an estimate and do not include any State Mandated Fees, Installment Fees or any other applicable fees.

### Call our Quote Specialists to start your policy today!
### 1-877-WAWANESA (929-2637)



All policies underwritten by Wawanesa General Insurance Company are subject to certain terms and conditions. The premium provided is an estimate and is based on initial responses and has not been validated by any outside sources.  This quote is subject to underwriting approval and may change. Wawanesa Insurance only provides coverage in the U.S. or Canada (no coverage in Mexico).

"Wawanesa Insurance" is a trademark of Wawanesa General Insurance Company



**PERSONAL AUTOMOBILE QUOTE**
**6 MONTH TERM**

| APPLICANT NAME AND ADDRESS | SERVICE OFFICE |
| --- | --- |

ROBERT LACAMBRA
1075 N TUSTIN ST
ORANGE CA  92863-9000

**WAWANESA INSURANCE**
**PO BOX 82867**
**SAN DIEGO CA 92138-9492**
**1-877-WAWANESA (929-2637)**

| Quote Number | Effective |
| --- | --- |
| 235037002 | Nov 17, 2020 |

**Your quoted 6 month premium for one (1) vehicle(s) is $161.31**

**Description of Owned Vehicle(s)**

| Vehicle | Year | Make | Model | License Plate Number | Vehicle Identification Number | Premium per Vehicle ($) |
| --- | --- | --- | --- | --- | --- | --- |
| **1** | 1998 | Toyota | COROLLA VE/CE/LE |  | 1NXBR12E&W | **161.31** |
|  |  |  |  |  | **Premium Subtotal for Vehicles** | **161.31** |

The premiums for the specific coverages and deductibles you selected are listed below. If there is no premium shown, that coverage is not part of this quote.

| Coverage and Limits of Liability | Premiums per Vehicle ($) |
| --- | --- |
|  | 1 |
| Bodily Injury Liability<br>$15,000 per person/$30,000 each occurrence | 77.74 |
| Property Damage Liability<br>$5,000 each occurrence | 83.57 |
| **Total Premium Per Vehicle ($)** | **$161.31** |

*All premiums listed are for the full 6 month term.*

*Shaded areas denote missing information.*

**"Wawanesa Insurance" is a trademark of Wawanesa General Insurance Company**



**PERSONAL AUTOMOBILE QUOTE**
**6 MONTH TERM**

| APPLICANT NAME AND ADDRESS | SERVICE OFFICE |
|---|---|

ROBERT LACAMBRA
1075 N TUSTIN ST
ORANGE CA  92863-9000

**WAWANESA INSURANCE**
**PO BOX 82867**
**SAN DIEGO CA 92138-9492**
**1-877-WAWANESA (929-2637)**

| Quote Number | Effective |
|---|---|
| 235037002 | Nov 17, 2020 |

### Vehicle Rating Information Chart

| Vehicle Description | Previous Estimated Annual Mileage | Estimated Annual Mileage Used for Rating | Primary Rated Driver No. of Years Licensed | Vehicle Usage | Zip Code | Discounts Applied (see code definitions below) | # of Traffic convictions for driver rated on this vehicle | # of Chargeable at-fault accidents for driver rated on this vehicle |
|---|---|---|---|---|---|---|---|---|
| 1998 Toyota | 0 | 1,000 | 37 | Pleasure | 92866-1005 | 1 | 0 | 0 |

Discount Codes: **1.** Good Driver  **2.** Multi-Car  **3.** Mature Driver  **4.** Loyalty

### Driver(s)

| Driver Name | Date of Birth | Driver License Number | Principal Operator of Vehicle Number | Occasional Operator of Vehicle Number |
|---|---|---|---|---|
| Robert Lacambra | On File | | 1 | |

▢  *Shaded areas denote missing information.*

**"Wawanesa Insurance" is a trademark of Wawanesa General Insurance Company**



**PERSONAL AUTOMOBILE QUOTE**
**6 MONTH TERM**

| APPLICANT NAME AND ADDRESS | SERVICE OFFICE |
|---|---|

ROBERT LACAMBRA
1075 N TUSTIN ST
ORANGE CA  92863-9000

**WAWANESA INSURANCE**
**PO BOX 82867**
**SAN DIEGO CA 92138-9492**
**1-877-WAWANESA (929-2637)**

| Quote Number | Effective |
|---|---|
| 235037002 | Nov 17, 2020 |

**YOUR PRIVACY RIGHTS.** We use information about you to provide you with insurance and adjust claims. We collect this information from you as well as from other sources. In certain circumstances, we may disclose this information to third parties without your consent. You have the right to access and correct any information about you that we collect. For more details about our privacy practices, please visit us at www.wawanesa.com. To receive a copy of our full privacy notice, please visit us in person, call us toll-free at 1-800-640-2920, or write to us at the address shown above.

*Shaded areas denote missing information.*

**"Wawanesa Insurance" is a trademark of Wawanesa General Insurance Company**

# EXHIBIT 13



**\* INCOMPLETE APPLICATION\*\*SEE ABOVE\*\*THIS IS NOT AN OPERATING PERMIT \***

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|------|----------|-------------|-----------|-----|----------|----------|----------------|
| TOYT | 1998 | 1998 | AD | 2019 | 120 | 11 | 4AQR712 |

| BODY TYPE MODEL | HP | MO | | | VEHICLE/VESSEL ID NUMBER |
|-----------------|----|----|---|---|--------------------------|
| 4D | G | CA | | | 1NXBR12E1WZ056572 |

| TYPE VEHICLE/VESSEL USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC |
|-------------------------|-------------|---------|--------------|-----|
| AUTOMOBILE | 01/20/21 | 30 | 01/20/21 | 0 |

RDF REASONS: 0 Q

LACAMBRA ROBERT NELSON
R GENERAL DELIVERY
/ 1075 N TUSTIN
O

ORANGE
CA          92863

AMOUNT PAID
$  261.00

AMOUNT DUE          AMOUNT RECVD
$  261.00   CASH :
           CHCK :
           CRDT :   261.00

PR EXP DATE: 02/22/2020

L
/
O

542 E1 0026100 0012 CS 012021  4AOR712 572



**\* INCOMPLETE APPLICATION\*\*SEE ABOVE\*\*THIS IS NOT AN OPERATING PERMIT \***

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|------|----------|-------------|-----------|-----|----------|----------|----------------|
| TOYT | 1998 | 1998 | AD | 2019 | 120 | 11 | 4AQR712 |

| BODY TYPE MODEL | HP | MO | VEHICLE/VESSEL ID NUMBER |
|-----------------|----|----|--------------------------|
| 4D | G | CA | 1NXBR12E1WZ056572 |

| TYPE VEHICLE/VESSEL USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC |
|-------------------------|-------------|---------|--------------|-----|
| AUTOMOBILE | 01/20/21 | 30 | 01/20/21 | 0 |

RDF REASONS: 0 Q

LACAMBRA ROBERT NELSON
R GENERAL DELIVERY
/ 1075 N TUSTIN
O
  ORANGE
  CA          92863

AMOUNT PAID
$ 261.00

AMOUNT DUE    AMOUNT RECVD
$ 261.00   CASH :
           CHCK :
           CRDT :   261.00

PR EXP DATE: 02/22/2020

L
/
O

542 E1 0026100 0012 CS 012021  4AOR712 572

# EXHIBIT 14



A Public Service Agency

TO OBTAIN A TITLE OR REGISTRATION CARD, MAIL THE ATTACHED DOCUMENTS AND REQUESTED ITEMS TO: DMV, PO BOX 942869, SACRAMENTO, CA 94269-0001. PENALTIES ARE DUE IF RENEWAL FEES ARE PAID AFTER THE EXPIRATION DATE. PLANNED NON-OPERATION (PNO) REQUESTS MUST BE SUBMITTED WITHIN 90 DAYS OF THE EXPIRATION DATE (ON OR BEFORE THE EXPIRATION DATE FOR OFF-HIGHWAY VEHICLES) OR ALL FEES AND PENALTIES ARE DUE. FOR A DMV OFFICE APPOINTMENT, GO ONLINE AT WWW.DMV.CA.GOV OR CALL 1-800 777-0133.

**SMOG INSPECTION/CERTIFICATION REQUIRED**

**YOUR VEHICLE REGISTRATION IS SUSPENDED. TO REINSTATE, OR FOR FURTHER INFORMATION, PLEASE VISIT OUR WEBSITE AT WWW.DMV.CA.GOV OR CALL OUR AUTOMATED VOICE SYSTEM AT 1-800-777-0133.**

• Proof of Insurance

542 012021 E1
0012  H01   11
4AQR712   572

REPORT OF
DEPOSIT
OF FEES
PAGE 1 OF 1



A Public Service Agency

**\* INCOMPLETE APPLICATION\*\*SEE ABOVE\*\*THIS IS NOT AN OPERATING PERMIT \***

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|------|----------|-------------|-----------|-----|----------|----------|----------------|
| TOYT | 1998 | 1998 | AD | 2019 | 120 | 11 | 4AQR712 |

| BODY TYPE MODEL | NP | MO | | | | VEHICLE/VESSEL ID NUMBER |
|-----------------|----|----|--|--|--|--------------------------|
| 4D | G | CA | | | | 1NXBR12E1WZ056572 |

| TYPE VEHICLE/VESSEL USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC |
|-------------------------|-------------|---------|--------------|-----|
| AUTOMOBILE | 01/20/21 | 30 | 01/20/21 | 0 |

RDF REASONS: 0 Q

LACAMBRA ROBERT NELSON
R GENERAL DELIVERY
/ 1075 N TUSTIN
O

ORANGE

CA                    92863

AMOUNT PAID
$  261.00

AMOUNT DUE        AMOUNT RECVD
$  261.00    CASH :
CHCK :
CRDT :   261.00

PR EXP DATE: 02/22/2020

L
/
O

542 E1 0026100 0012 CS 012021  4AOR712 572

# EXHIBIT 15

}

# Consumer Assistance Program
# Vehicle Retirement

## $1,500 Incentive

**Obtener información en español.**

## Steps to Apply

**Step 1: Review Eligibility Requirements**  ▾

You must meet all requirements of ONE of the two options listed below.

| Option 1 | Option 2 |
|---|---|
| ✓ **Applicant Requirements** | ✓ **Applicant Requirements** |
| 1. You must be the registered owner of the vehicle with the vehicle title issued in your name. | 1. You must be the registered owner of the vehicle with the vehicle title issued in your name. |
| 2. You must have a gross household income that is less than or equal to 225% of the Federal poverty level. | 2. You must have a gross household income that is less than or equal to 225% of the Federal poverty level. |
| 3. You must not have retired another vehicle as a sole owner OR more than two vehicles as a joint owner within the past 12 months. | 3. You must not have retired another vehicle as a sole owner OR more than two vehicles as a joint owner within the past 12 months. |

| Option 1 | Option 2 |
|---|---|

✓ **Smog Check Requirement**

The vehicle must have failed its most recent Smog Check inspection.

> NOTE: Aborted, manual mode, and training mode inspections do not satisfy this requirement. The Smog Check failure must not be due solely to an ignition timing adjustment or a failed gas cap function test, or a tampered emissions control system where the tampered system is the cause for failing the Smog Check inspection.

✓ **Smog Check Requirements**

1. If subject to the Smog Check Program, the vehicle must have completed an inspection (pass or fail) within 180 days prior to the date of application.

> NOTE: Aborted, manual mode, and training mode inspections do not satisfy this requirement.

2. If the vehicle is not subject to the Smog Check Program, an inspection is not required.

---

✓ **Registration Requirements**

1. The vehicle must be currently registered with the Department of Motor Vehicles (DMV) with a valid and unexpired registration sticker OR have all fees paid to DMV and not have a registration sticker that has been expired more than 120 days.

2. The vehicle must have been continuously registered with DMV without a lapse in registration for more than 120 days during the two consecutive years preceding the current registration sticker expiration date.

3. The vehicle must not be undergoing a transfer of ownership.

4. The vehicle must not be undergoing an initial registration or re-registration into California.

5. The vehicle must not be registered to a business, government agency, or non-profit organization.

6. The vehicle must not be junked.

7. The vehicle must not be total loss salvaged and/or in the process of being registered or re-registered (i.e., salvage retention) in California.

✓ **Registration Requirements**

1. Vehicles that hold a salvage title must have a current registration sticker.

2. The vehicle must be either:

> I. Currently registered with the Department of Motor Vehicles (DMV) with a valid and unexpired registration sticker OR have all fees paid to DMV and not have a registration sticker that has been expired more than 120 days.
>
> AND
>
> Have been continuously registered with DMV without a lapse in registration for more than 120 days during the two consecutive years preceding the current registration expiration date.
>
> OR
>
> II. The vehicle must have been primarily driven in California for the last two years AND not registered outside of California in the previous two years. To meet this requirement, you must submit ONE of the

| Option 1 | Option 2 |
|----------|----------|
| | following (See Step 3 for instructions on how to submit your documents): |

| | |
|----------|----------|
| | A. Proof of continuous insurance coverage in California for the two consecutive years preceding date application submitted, without lapses in insurance coverage totaling more than 120 days; OR |
| | B. At least two invoices from two separate calendar years preceding date application submitted. Invoices must be from an automotive repair dealer (ARD) licensed at the time of the repair showing the following: |
| | &bull; The ARD's valid registration number. |
| | &bull; The name and address of the ARD. |
| | &bull; Description of the repair or maintenance operation performed to the vehicle. |
| | &bull; The vehicle year, make, model, and vehicle identification or license plate number matching the vehicle reflected in the application. |
| | &bull; The date of the repair or maintenance visit. |
| | 3. The vehicle must not be undergoing a transfer of ownership. |
| | 4. The vehicle must not be undergoing an initial registration or re-registration into California. |
| | 5. The vehicle must not be registered to a business, government agency, or non-profit organization. |
| | 6. The vehicle must not be junked. |
| | 7. The vehicle must not be total loss salvaged in the process of being re-registered (i.e., salvage retention) in California. |

| Option 1 | Option 2 |
|---|---|
| ✓ **Vehicle Requirements** | ✓ **Vehicle Requirements** |
| 1. The vehicle must be a passenger vehicle, truck, SUV, or van with a gross vehicle weight rating of 10,000 pounds or less. | 1. The vehicle must be a passenger vehicle, truck, SUV, or van with a gross vehicle weight rating of 10,000 pounds or less. |
| 2. If your application is approved, the vehicle must pass an inspection at a BAR-contracted dismantler verifying the following operational and equipment requirements before it can be retired:<br>  a. The vehicle is driven under its own power to the BAR-contracted dismantler site.<br>  b. The vehicle's engine starts readily through ordinary means without the use of starting fluids or external booster batteries.<br>  c. The drivability of the vehicle is not affected by any body, steering, or suspension damage.<br>  d. The vehicle is able to drive forward a minimum of 10 yards under its own power.<br>  e. The interior pedals are operational.<br>  f. All of the following must be present: all doors, hood lid, dashboard, windshield, at least one side window glass, driver's seat, at least one bumper, exhaust system, all side and/or quarter panels, and at least one headlight, one taillight, and one brake light. | 2. If your application is approved, the vehicle must pass an inspection at a BAR-contracted dismantler verifying the following operational and equipment requirements before it can be retired:<br>  a. The vehicle is driven under its own power to the BAR-contracted dismantler site.<br>  b. The vehicle's engine starts readily through ordinary means without the use of starting fluids or external booster batteries.<br>  c. The drivability of the vehicle is not affected by any body, steering, or suspension damage.<br>  d. The vehicle is able to drive forward a minimum of 10 yards under its own power.<br>  e. The interior pedals are operational.<br>  f. All of the following must be present: all doors, hood lid, dashboard, windshield, at least one side window glass, driver's seat, at least one bumper, exhaust system, all side and/or quarter panels, and at least one headlight, one taillight, and one brake light. |
| 3. The vehicle must be subject to the Smog Check Program. | |

If you do not meet all of the eligibility requirements for either option, you may consider other options to repair, retire, or replace your vehicle.

---

**Step 2: Apply Online** ▶

---

**Step 3: Submit Income Documents** ▶

## Information

- Frequently Asked Questions
- Household Income Eligibility Guidelines
- Find a BAR-Contracted Dismantler
- Vehicle Retirement - $1,000 Incentive
- Repair Assistance
- For general program questions, call toll-free (800) 952-5210.
- For specific application questions, call toll-free (866) 272-9642.

# EXHIBIT 16

*On This Page*

| |
|---|
| General Information |
| How to Apply |
| Application Review and Processing |
| Retiring Your Vehicle |

# Vehicle Retirement Frequently Asked Questions

## General Information

### What is the Consumer Assistance Program?

The Bureau of Automotive Repair's (BAR) Consumer Assistance Program (CAP) offers eligible consumers repair assistance and vehicle retirement options to help improve California's air quality by reducing motor vehicle emissions.

Participation is based on meeting eligibility requirements and the availability of funds each fiscal year (July 1 – June 30).

### What does the vehicle retirement option offer?

The CAP vehicle retirement option offers eligible consumers a financial incentive to retire their operational vehicle at a BAR-contracted auto dismantler.

- Consumers with household incomes meeting the income eligibility requirement may receive $1,500 to retire their vehicle.
- Consumers with household incomes exceeding the income eligibility requirement may receive $1,000 to retire their vehicle.

### What is the benefit of vehicle retirement?

Retiring higher polluting vehicles from operation helps California meet emissions reduction goals.

## How to Apply

### How do I apply for vehicle retirement?

To apply for vehicle retirement, complete the following steps:

- **Step 1**: <u>**Check your income eligibility**</u> – Use the <u>income eligibility calculator</u> to determine your income eligibility and incentive amount. Have your gross <u>household income</u> information available to complete the calculator.
- **Step 2**: Review eligibility requirements – Eligibility requirements are based on the incentive amount you are applying for. Review all eligibility requirements for either the <u>$1,000</u> or <u>$1,500</u> incentive prior to applying.
- **Step 3**: <u>**Apply online**</u> - After you submit your online application, a confirmation notice will be displayed. The notice includes your CAP ID number and other important information. Print or email the confirmation notice for your records.

## Can I submit an application by mail instead of applying online?

If you are unable to apply online, you may call the Department of Consumer Affairs' Consumer Information Center at <u>(800) 952-5210</u> to request an application be mailed to you. Please note, applying online may result in faster processing.

## Should I submit documents verifying my household income with my application?

If you apply for the $1,500 incentive, you may be required to provide documentation verifying your household income before your application can be processed. A notice will be mailed to you if documentation is required.

To help avoid potential delays and expedite the processing of your application, you may submit this documentation after submitting your application. Visit the <u>Household Income Eligibility Guidelines</u> page for a list of acceptable documentation options and instructions on how to submit your documents.

## How can I check the status of my application?

To check the status of your application, use our online <u>status check</u> tool. Have your CAP ID number and vehicle license plate number available.

## Where do I find my CAP ID number?

If you applied online, your CAP ID number is listed on your online application confirmation notice.

If you submitted your application by mail, your CAP ID number is provided on a notice that will be mailed to you after your application has been processed.

# Application Review and Processing

## I submitted my application, what can I expect?

Within four to six weeks of BAR receiving your application, the application and all supporting documentation will be reviewed to verify it is complete. To complete your application, you may be required to provide additional documentation or information.

## If additional information and/or documentation is required to complete my application, how will I be notified?

If your application is incomplete, a notice of deficiency will be mailed to you. The notice will identify the information and/or documentation you are required to submit before your application is considered complete and can be processed.

## What is the most common reason an application is determined to be incomplete/deficient?

If you applied for the $1,500 incentive, your application is considered incomplete until you provide acceptable documentation verifying your household income. NOTE: BAR cannot determine program eligibility until income is verified.

## How long does it take to process an application and determine eligibility?

Within four to six weeks of receiving your complete application, BAR will review the application and all supporting documentation to determine eligibility.

## If my application is denied, how will I be notified?

If your application is denied, a notice of ineligibility will be mailed to you. This notice will include all eligibility requirements that were not met.

## What are the most common reasons an application is denied?

- **Vehicle requires a Smog Check inspection** – BAR will review smog check records to verify the vehicle's Smog Check inspection history.

  Smog Check requirements are based on the incentive amount and eligibility requirements option:

  $1,000 incentive – The vehicle must have failed its most recent Smog Check inspection.

  $1,500 incentive (Option 1) – The vehicle must have failed its most recent Smog Check inspection.

  $1,500 incentive (Option 2) – If subject to the Smog Check Program, the vehicle must have completed a Smog Check inspection (pass or fail) within 180 days prior to applying.

- **Vehicle registration fees are past due** – BAR will review Department of Motor Vehicles (DMV) records to verify the vehicle's registration status. If the vehicle's registration sticker is expired at the time of application, the applicant must pay the outstanding registration fees to DMV. Applicants may contact DMV for registration options, which may include registering the vehicle as Planned Non-Operation (PNO).

- **Vehicle title reflects a lienholder(s)** –The vehicle title must be issued in the applicant's name. If the vehicle title includes a lienholder, contact DMV or visit www.dmv.ca.gov for information on how to remove the lienholder from the vehicle title.

- **Vehicle has not been continuously registered in California for the previous two years** – To ensure BAR maximizes the air quality benefits from retiring older, higher polluting vehicles from California's roadways, applications are limited to vehicles that have been registered and driven in California for at least the two prior years.

- **Vehicle has a "junk" status** – Vehicles registered with DMV as "junked" are already considered retired and removed from California roadways. Therefore, they are not eligible to participate in CAP.

- **Applicant is not the registered owner of the vehicle** – The name on the application must match the name on the applicant's driver license, the vehicle title and registration, and any other required income documentation. Any variations in a name may cause the application to be denied.

- **Applicant recently retired a vehicle through CAP** – BAR will review participation records to verify that the applicant has not retired a vehicle as a sole owner or two vehicles as a co-owner during the 12-month period preceding the date of the application.

## If my application is denied and I resolve the denial reason(s), do I have to re-apply?

No. If you have documentation proving you resolved the denial reason(s) indicated in your notice of ineligibility, you may mail it to BAR (Attention: CAP, 10949 N. Mather Blvd, Rancho Cordova, CA 95670) for re-evaluation purposes. Documentation must be submitted within 45 days from the date of your notice of ineligibility, as participation is limited to the availability of funds each fiscal year (July 1 - June 30).

## If I submit documentation for re-evaluation purposes, how long does it take BAR to review the documentation and re-evaluate eligibility?

BAR typically reviews documentation submitted for re-evaluation purposes within two weeks of receipt. Upon completion of the review, an updated determination notice will be mailed to you.

## If my application is approved, how will I be notified?

If your application is approved, a letter of eligibility will be mailed to you. The letter will include information on your approved incentive amount and instructions on how to retire your vehicle at a BAR-contracted auto dismantler.

# Retiring Your Vehicle

## Where do I take my vehicle to be retired?

You must take your vehicle to a BAR-contracted auto dismantler to retire your vehicle. After you receive your letter of eligibility indicating your application is approved, schedule an appointment with the dismantler.

To find a dismantler near you, visit our dismantler page, refer to the list of dismantlers provided with your letter of eligibility, or call (866) 272-9642.

## What documents do I need to provide the dismantler?

You must provide the dismantler the following documents:

1. The original letter of eligibility.

2. The vehicle title. **NOTE**: If you do not have the original title, or if the title has been altered or issued by a state other than California, contact the dismantler for further instructions.

3. The vehicle registration card.

4. Your valid driver license or other government-issued photo identification.

## Do all owners listed on the vehicle registration need to be present at the dismantler site to retire the vehicle?

If any of the registered owners cannot be present, they must complete a DMV Power of Attorney form to appoint a designee.

The designee is required to provide the dismantler the following:

1. A valid driver license or other government-issued photo identification.
2. A DMV Power of Attorney form (REG 260) completed by the registered owner(s).
3. A copy of the vehicle owner's valid driver license or other government-issued photo identification.

## Where can I obtain DMV forms?

DMV forms are available at www.dmv.ca.gov, at any DMV office, or by contacting DMV at (800) 777-0133.

## I am unable to retire my vehicle before the expiration date indicated on my letter of eligibility. Can I still participate?

If you do not retire your vehicle on or before the expiration date, you will need to reapply. Participation is based on meeting eligibility requirements at the time you reapply and the availability of funds each fiscal year (July 1 – June 30).

## Will the dismantler accept my vehicle if it is not drivable?

No. The vehicle must meet all of the following equipment and operational requirements:

- The vehicle is driven under its own power to the BAR-contracted dismantler site.
- The vehicle's engine starts readily through ordinary means without the use of starting fluids or external booster batteries.
- The drivability of the vehicle is not affected by any body, steering, or suspension damage.
- The vehicle is able to drive forward a minimum of 10 yards under its own power.
- The interior pedals are operational.
- All of the following must be present: all doors, hood lid, dashboard, windshield, at least one side window glass, driver's seat, at least one bumper, exhaust system, all side and/or quarter panels, and at least one headlight, one taillight, and one brake light.

## When will I receive the incentive for retiring my vehicle?

After your vehicle passes the required equipment and operational inspection, the dismantler will issue a check made out to the registered owner(s) indicated on the letter of eligibility.

## Can the dismantler give me a ride home?

No. You are responsible for arranging your own transportation home.

## Have more questions?

For more information, call (866) 272-9642. Agents are available to answer calls Monday through Friday from 8:30 a.m. to 4:30 p.m., excluding state holidays.

# EXHIBIT 17

# Consumer Assistance Program
# Vehicle Retirement

**Obtener información en español.**

The Consumer Assistance Program's (CAP) vehicle retirement option offers eligible consumers an incentive to retire their operational vehicle. Consumers meeting the income eligibility requirement may receive **$1,500** for each vehicle retired. All other vehicle owners may receive **$1,000** to retire their vehicle at a BAR-contracted dismantler. To determine your eligibility and incentive amount, start the application process below.

## Get Started

To be eligible for the $1,500 incentive, your gross household income must be less than or equal to 225% of the Federal poverty level.

Use the calculator below to determine which incentive you may be eligible to receive.

**Income Eligibility Calculator**

Number of family members living in your household:

[ ] Gross household income:

$ [ ]   Per Month ▾

[ Check Eligibility ]

## Information

- Frequently Asked Questions
- Household Income Eligibility Guidelines
- Find a BAR-Contracted Dismantler
- Vehicle Retirement - $1,000 Incentive
- Vehicle Retirement - $1,500 Incentive
- Repair Assistance
- For general program questions, call toll-free (800) 952-5210.
- For specific application questions, call toll-free (866) 272-9642.

# EXHIBIT 18

CAP Application Confirmation

CAP_Admin <NoReplyCAP@dca.ca.gov>
Fri 7/16/2021 3:47 PM

**To:** robertsjustice@live.com <robertsjustice@live.com>

**DO NOT REPLY TO THIS EMAIL**

**CONSUMER ASSISTANCE PROGRAM**

# Online Application Confirmation

**CAP ID:** 3540622
**Program Option:** Vehicle Retirement
**Incentive Amount:** $1,500
**Vehicle License Plate Number:** 4AQR712
**Applicant Name:** ROBERT LACAMBRA
**Mailing Address:** 655 S. MAIN STREET, SUITE 200-160, ORANGE CA 92867
**Date Submitted:** 7/16/2021

The Bureau of Automotive Repair (BAR) is in receipt of your Consumer Assistance Program (CAP) application.

**IMPORTANT:** To avoid potential delays and expedite the processing of your application, we encourage you to submit documentation verifying your income. Refer to the Household Income Eligibility Guidelines page at www.bar.ca.gov for information and instructions.

## What to Expect

- Allow up to four weeks from the date your application was submitted for BAR to process your application.
- BAR will notify you **by mail** of the status of your application:
  - If your application is approved, you will receive an eligibility letter with instructions on retiring your vehicle.
  - If your application is denied or incomplete, you will receive a letter explaining the eligibility requirement(s) you and/or your vehicle did not meet or the documentation you must submit to complete your application.

## For Additional Information

- Visit the Consumer Assistance Program page at www.bar.ca.gov for answers to frequently asked questions and to check the status of your application.
- Contact our office at (866) 272-9642. Agents are available Monday through Friday between the hours of 8:30 a.m. and 4:30 p.m., except state holidays.

# EXHIBIT 19



DEPARTMENT OF CONSUMER AFFAIRS
BUSINESS, CONSUMER SERVICES, AND HOUSING AGENCY • GAVIN NEWSOM, GOVERNOR

**CONSUMER ASSISTANCE PROGRAM**
10949 North Mather Boulevard, Rancho Cordova, CA 95670
Toll free (866) 272-9642 Local (916) 403-8800 | www.bar.ca.gov

# WAGE HISTORY REPORT REQUEST

## INFORMATION

To verify an applicant's annual income (the last four available quarters), even if $0, the Consumer Assistance Program (CAP) will accept a Wage History Report (WHR) issued to the applicant by the Employment Development Department (EDD). To obtain a WHR from EDD, follow the instructions below.

## INSTRUCTIONS

1. Complete the form below. Incomplete forms will not be processed.

2. Submit the completed form to EDD by mail or fax to:

   **MAIL:** **Employment Development Department**
   **Document Retrieval Unit, MIC 15A**
   **P.O. Box 826880**
   **Sacramento, CA 94280**

   **PHONE:** **(916) 653-1672**

   **FAX:** **(916) 449-1994**

3. Within four weeks of receiving this form, EDD will mail a WHR to the applicant's mailing address. Upon receipt of the WHR from EDD, **write your CAP ID number at the top** and mail a copy to:

   **MAIL:** Bureau of Automotive Repair/CAP
   10949 North Mather Boulevard
   Rancho Cordova, CA 95670

   **PHONE:** (866) 272-9642

| REQUESTER INFORMATION | | |
|---|---|---|
| **FULL NAME** Last, First, Middle Initial | | |
| **OTHER NAME USED (IF APPLICABLE)** Last, First, Middle Initial | | |
| **MAILING ADDRESS** Number, Street, and Apt/Unit # | | |
| **CITY** | **STATE** | **ZIP CODE** |
| **PHONE NUMBER** | **SOCIAL SECURITY NUMBER** | |
| **SIGNATURE** | **DATE** | |

BAR-210 2/24/2020

# NOTICE ON COLLECTION OF PERSONAL INFORMATION

## Collection and Use of Personal Information

The Bureau of Automotive Repair of the Department of Consumer Affairs collects the personal information requested on this form as authorized by Health and Safety Code sections 44002 and 44094, and California Code of Regulations, title 16, sections 3394.4 and 3394.6. The Bureau of Automotive Repair uses this information principally to identify, evaluate, and verify applicant eligibility for Consumer Assistance Program participation.

## Providing Personal Information is Voluntary

You do not have to provide the personal information requested. However, if you do not provide the requested personal information we may be unable to process your application.

## Access to Your Personal Information

You may review the records maintained by the Bureau of Automotive Repair that contain your personal information, as permitted by the Information Practices Act. See below for contact information.

## Possible Disclosure of Personal Information

The Bureau of Automotive Repair makes every effort to protect the personal information you provide us. The information you provide, however, may be disclosed in the following circumstances:

- In response to a Public Records Act (PRA) request (Government Code section 6250 et seq.), as allowed by the Information Practices Act (Civil Code section 1798 et seq.);
- To another government agency as required by State or Federal law; or,
- In response to a court or administrative order, a subpoena, or a search warrant.

## Contact Information

For questions about your Consumer Assistance Program application or records, you may contact the Bureau of Automotive Repair's Consumer Assistance Program at 10949 North Mather Boulevard, Rancho Cordova, CA 95670 or by phone at (866) 272-9642.

For questions about this notice or access to Bureau of Automotive Repair records, you may contact the Bureau of Automotive Repair PRA Unit at 10949 North Mather Boulevard, Rancho Cordova, CA 95670, by phone at (855) 735-0465, or by email at bar.pra@dca.ca.gov.

For questions about the Department's Privacy Policy, you may contact the Department of Consumer Affairs at 1625 North Market Boulevard, Sacramento, CA 95834, by phone at (800) 952-5210, or by email at dca@dca.ca.gov.

For questions about the Information Practices Act, you may contact the Office of the Attorney General, California Department of Justice - Attention: Public Inquiry Unit, PO Box 944255, Sacramento, CA 94244, or by phone at (800) 952-5225.

# EXHIBIT 20



**CONSUMER ASSISTANCE PROGRAM**
10949 North Mather Boulevard, Rancho Cordova, CA 95670
Toll free (866) 272-9642 Local (916) 403-8800 | www.bar.ca.gov



# WAGE HISTORY REPORT REQUEST

### INFORMATION

To verify an applicant's annual income (the last four available quarters), even if $0, the Consumer Assistance Program (CAP) will accept a Wage History Report (WHR) issued to the applicant by the Employment Development Department (EDD). To obtain a WHR from EDD, follow the instructions below.

### INSTRUCTIONS

1. Complete the form below. Incomplete forms will not be processed.

2. Submit the completed form to EDD by mail or fax to:

   **MAIL:** **Employment Development Department**
   **Document Retrieval Unit, MIC 15A**
   **P.O. Box 826880**
   **Sacramento, CA 94280**

   **PHONE:** **(916) 653-1672**

   **FAX:** **(916) 449-1994**

3. Within four weeks of receiving this form, EDD will mail a WHR to the applicant's mailing address. Upon receipt of the WHR from EDD, **write your CAP ID number at the top** and mail a copy to:

   **MAIL:** Bureau of Automotive Repair/CAP
   10949 North Mather Boulevard
   Rancho Cordova, CA 95670

   **PHONE:** (866) 272-9642

CAP ID # 3540622

| REQUESTER INFORMATION | | |
|---|---|---|
| **FULL NAME** Last, First, Middle Initial | | |
| ROBERT LACAMBRA | | |
| **OTHER NAME USED (IF APPLICABLE)** Last, First, Middle Initial | | |
| ROBERT NELSON L. LACAMBRA | | |
| **MAILING ADDRESS** Number, Street, and Apt/Unit # | | |
| 655 S. MAIN STREET SUITE 200-#160 | | |
| **CITY** | **STATE** | **ZIP CODE** |
| ORANGE | CA | 92867 |
| **PHONE NUMBER** | **SOCIAL SECURITY NUMBER** | |
| (949) 354-2140 | 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 | |
| **SIGNATURE** | | **DATE** |
| *Lacambra* | | 07/17/21 |

BAR-210 2/24/2020

 **FedEx** Office

# Complimentary Fax Cover Sheet

Date __JULY 17, 2021__          Number of pages __2__ (including cover page)

## To:                          ## From:

Name __DOC RETRIEVAL UNIT MIC 15A__   Name __ROBERT LACAMBRA__

Company __EDD__                 Company _____

Telephone __(916) 653-1672__    Telephone __(949) 354-2140__

Fax __(916) 449-1994__

Comments __WAGE HISTORY REPORT REQUEST__

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

TRANSMISSION VERIFICATION REPORT

TIME    : 07/17/2021 16:47
NAME    : FEDEX OFFICE      0320
FAX     : 714--516-1053
TEL     : 7142891300
SER.#   : U63314B9J678226

| DATE,TIME | 07/17  16:47 |
| FAX NO./NAME | 19164491994 |
| DURATION | 00:00:35 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# EXHIBIT 21

California Labor and Workforce Development Agency

 **Employment Development Department** State of California



Gavin Newsom, Governor
California Labor and Workforce Development Agency

July 20, 2021

ROBERT LACAMBRA
655 S. MAIN ST SUITE 200 #160
ORANGE, CA 92867

## RESPONSE TO REQUEST FOR WAGE INFORMATION

We were not able to process your request for wage history information received **07/17/21**, for **ROBERT LACAMBRA**, Social Security Number XXX-XX-**8831**, for the following reason(s):

☐ Full Social Security Number (SSN) is required to process your request.

☐ Your signature is required to process your request.

☐ Name and/or SSN are illegible.

☐ Wage history prior to **YEAR** is no longer available.

☐ An Authorization for Release of Records, DE 5600, is required to release information to a third-party.

☒ No employer wages were reported to the EDD for this name and SSN for requested quarters.

Please provide the missing information and resubmit your request by fax to (916) 449-1994 or mail to address shown below.

If you have any questions regarding this letter, please leave us a message on our Document Retrieval line at (916) 653-1672.

Document Retrieval/ SM

**CONFIDENTIALITY NOTICE:** This document including any attachments, may contain confidential information solely for the use of the intended recipient(s). Any disclosure, distribution, or unauthorized use of this confidential information is prohibited, and may subject you to criminal and/or civil penalties. If you are not the intended recipient, please notify the sender immediately by telephone and destroy all documents.

**UNITED STATES POSTAL SERVICE.**

PLAZA ORANGE
308 W CHAPMAN AVE
ORANGE, CA 92856-9998
(800)275-8777

07/27/2021                                    11:57 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Envelope 6X9 | 1 | $0.49 | $0.49 |
| Love 2021 | 1 | $0.55 | $0.55 |

Grand Total:                                      $1.04

Cash                                              $1.10
Change                                           -$0.06

*********************************************
USPS is experiencing unprecedented volume
        increases and limited employee
     availability due to the impacts of
   COVID-19. We appreciate your patience.
*********************************************

# EXHIBIT 22



BUSINESS. CONSUMER SERVICES. AND HOUSING AGENCY  ·  GAVIN NEWSOM, GOVERNOR

**CONSUMER ASSISTANCE PROGRAM**
10949 North Mather Boulevard, Rancho Cordova, CA 95670
Toll-Free (866) 272-9642 Local (916) 403-8800 | www.bar.ca.gov



### Notice of Ineligibility – Vehicle Retirement

8/3/2021

Robert N Lacambra
655 S. Main Street,  Suite 200-160
Orange, CA 92867

**CAP ID#: 3540622**

**Vehicle Plate: 4AQR712**

The Bureau of Automotive Repair (BAR) has processed your application for the Consumer Assistance Program (CAP) Vehicle Retirement option. BAR considers a variety of factors in determining an individual or a vehicle's eligibility to participate in CAP. BAR determined you did not meet the following eligibility requirement(s):

**No Smog Check Inspection**

As a requirement for participation in the Vehicle Retirement Program, a vehicle must have successfully completed a Smog Check inspection (pass or fail) within the last 180 days. Smog Check records indicate your vehicle did not meet this requirement. Aborted, manual mode, and training mode tests do not qualify. If your vehicle successfully completes a qualifying Smog Check inspection within the next 30 days, please contact CAP or mail a copy of your Vehicle Inspection Report (VIR) and your application will be re-evaluated.

**Documentation of Operation in CA**

Regulations allow a vehicle with an expired registration sticker or a lapse in registration during the previous two consecutive years to be eligible to participate in the Vehicle Retirement Program.  To participate under this option, you must submit acceptable proof that the vehicle was primarily driven in California and not registered in any other state or country for the two year period prior to the postmarked date of the application.  Acceptable documented proof must satisfy either Option A or B below:

A. Invoice documentation: At least two invoices* from a licensed Automotive Repair Dealer (ARD) registered at the time of repair with BAR, which verifies repairs or maintenance was performed on your vehicle from 7/17/2019 through 7/16/2021 and includes:
   1) The ARD's valid license number, as issued by BAR.
   2) The name and address of the ARD, as shown on BAR's records.
   3) Description of the repair or maintenance operation performed to the vehicle.
   4) The vehicle year, make, model and vehicle identification or license plate number that corresponds to the vehicle you wish to retire.
   5) The date of the repair or maintenance visit.

   *Note: Invoices must be from TWO SEPARATE CALENDAR YEARS during the two year period specified above.

                                        OR

B. Insurance documentation: Proof of continuous insurance coverage in California from 7/17/2019 through 7/16/2021, without lapses in insurance coverage totaling more than 120 days. Documentation must also include the Vehicle Identification Number.

Combining invoices and insurance documents is not acceptable.  If you are unable to provide complete documentation, as specified under Option A or B, your vehicle will not be eligible to participate in the Vehicle Retirement Program.

**Para obtener información en español sobre su elegibilidad, por favor llame a CAP al (866) 272-9642.**

If you have proof the determination is incorrect and/or you resolve the above issue(s), mail the documentation within 45 days for re-evaluation purposes to:

BAR/CAP
10949 North Mather Blvd.
Rancho Cordova, CA 95670

In approximately 10 business days after receiving your documentation, BAR will notify you by mail the status of your application. You may also view the status of your application by visiting www.bar.ca.gov.

If approved, you will receive an eligibility letter with instructions on retiring your vehicle. The letter will include a list of BAR-contracted auto dismantlers. If you do not meet program eligibility requirements, you will be notified by mail of the requirement(s) you do not meet.

**Note:** *We encourage you to submit information timely as financial assistance is based on the availability of funds.* If you do not respond within 45 days from the date of this notice, your application will be closed due to inactivity. If you later wish to participate, you must submit a new application. At that time, you and your vehicle must meet all eligibility requirements.

If you have any questions, please review our Frequently Asked Questions at www.bar.ca.gov or contact us toll-free at (866) 272-9642.

**Para obtener información en español sobre su elegibilidad, por favor llame a CAP en (866) 272-9642.**

# EXHIBIT 23

**ROBERT LACAMBRA**
655 S. MAIN STREET
SUITE 200 - #160
ORANGE CA 92867

August 9, 2021

BAR/CAP
10949 North Mather Blvd.
Rancho Cordova, CA 92670

**RE: CAP ID# 3540622**

Sir/Madam,

I am in receipt of your rejection letter dated August 3, 2021. It essentially states two reasons for the action. First, the bureau specified the need for a smog check within 180 months. Second, it wanted proof of operation in the State of California in the last two years.

This letter will serve as objection to the bureau's determination, stated as follows:

1. NECESSITY OF VEHICLE STORAGE DUE TO LOCK-DOWN ORDERS
2. VEHICLE DOES NOT REQUIRE A SMOG CHECK UNTIL AUGUST 19, 2021
3. INVOICE FROM MECHANIC DOES NOT PROVE OPERATION IN THE STATE

THE LOCKDOWN ORDERS

I am a homeless individual in need of an infusion of cash. To raise money, this vehicle is being sold to the state. A previous letter from the EDD has already been sent to your office proving no income flowed into my pockets in the quarters requested. However, a copy of which is attached.

Having said that, and as a homeless individual, the pandemic continues to have a crushing effect on me, limiting my mobility and opportunities to obtain necessities. When the lockdowns happened in early 2020, the '98 Toyota Corolla effectively went into storage and has not been operated since. Thus, there was no need for insurance – an interesting requirement for this program, given that the program seeks to remove such vehicles off the road.

SMOG CHECK NOT DUE

According to my documents, the state does not require smog check until January of 2021. For the purpose of this application, it makes your requirement for another smog check not only moot but potentially oppressive given my meager financial resources. I do not have the $50+ to have a smog check.

ALTERNATIVE PROOF OF IN-STATE OPERATION

As a homeless individual with little money, the prospect of hiring a mechanic is a fervent dream that can hardly be obtained. Since its acquisition, no mechanic could be afforded to affect the repair and maintenance on it. However, there were purchases made in the past that proves work on it was performed and that it was operated in California. They are:

1. Parking warning from the City of Orange dated 06/30/2020
2. Notice to move vehicle from City of Orange dated 08/03/2020
3. Smog check receipt performed in Orange, California 08/19/2019
4. Smog Certificate for smog check conducted on 08/19/2019

As explained above, the requirements stated by the bureau to pursue this transaction has the effect of a disparate impact policy, that which discriminates against indigents. The need to show proof of mechanic's work is one such example when indigents such as myself could never afford a mechanic and must endure the experience of perpetually driving a clunky vehicle. Also, the requirements take into little account the impact of the pandemic and the lockdowns that followed. It was reasonable for me to store the vehicle, which removed the need for insurance.

Surely, the person who reads this cannot distinguish me from the many who apply for this program. However, it is my hope that the person, or any other person, who reads this would take a personal interest in my plight. The amount of $1,500 will pay for half a year of my bare necessities, making my life much better than it is now.

Sincerely,

/s/ Robert Lacambra

ROBERT LACAMBRA

# Smog Check Vehicle Inspection Report (VIR)

## Vehicle Information

Test Date/Time: 08/19/2019 @ 09:19 AM

| | | | | | |
|---|---|---|---|---|---|
| Model-Year: | 1998 | Make: | TOYOTA | Model: | COROLLA |
| License: | 4AQR712 | State: | California | VIN: | 1NXBR12E1WZ056572 |
| Engine Size: | 1.80 L | Type: | Passenger | Transmission: | Automatic |
| GVWR: | 0 | Test Weight: | 2750 | Cylinders: | 4 |
| Odometer: | 135337 | Certification: | California | VLT Record #: | 28454 |
| Fuel Type: | Gasoline | Exhaust: | Single | Inspection Reason: | Change of Ownership |
| | | | | Engine Year: | 0000 |

## Overall Test Results

Congratulations! Your vehicle passed the enhanced Smog Check inspection, which helps California reach its daily goal of removing an extra 100 tons of smog-forming emissions from the air. Thank you for keeping your vehicle well maintained.

Comprehensive Visual Inspection: **PASS**    Functional Check: **PASS**    Emissions Test: **PASS**

Smog Check Certificate Number: **1F768258C**

DMV ID Number: **7905F7591692**

Your Smog Check certificate will be electronically transmitted to DMV
Please keep this copy for your records

## Emission Control Systems Visual Inspection/Functional Check Results

(Visual/Functional tests are used to assist in the identification of oxides of nitrogen, crankcase and cold start emission which are not measured during the ASM tests.)

| RESULT | ECS | RESULT | ECS | RESULT | ECS |
|---|---|---|---|---|---|
| PASS- | PCV | N/A- | Thermostatic Air Cleaner | PASS- | Fuel Evaporative Controls |
| PASS- | Catalytic Converter | N/A- | Air Injection System | PASS- | Fuel Tank Cap Visual |
| N/A- | Visual EGR | PASS- | Ignition Spark Controls | N/A- | Carburetor |
| PASS- | Fuel Injection | PASS- | O2 Sensors and Connectors | PASS- | Wiring of Other |
| PASS- | Vacuum Line Connections | PASS- | Other Emission Related | | Sensors or Switches |
| | | N/A- | Functional EGR | N/A- | Ignition Timing: TDC |
| PASS- | MIL | N/A- | Fill Pipe Restrictor | PASS- | Liquid Fuel Leaks |
| N/A- | Fuel Evap Test | | | | |

## ASM Emission Test Results

| | | CO2 (%) | O2 (%) | HC (PPM) | | | CO(%) | | | NO (PPM) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Test | RPM | MEAS | MEAS | MAX | AVE | MEAS | MAX | AVE | MEAS | MAX | AVE | MEAS | Results |
| 15 mph | 1834 | 14.70 | 0.07 | 64 | 9 | 33 | 0.55 | 0.03 | 0.30 | 477 | 67 | 467 | PASS |
| 25 mph | 1780 | 14.80 | 0.01 | 47 | 6 | 7 | 0.54 | 0.03 | 0.13 | 764 | 62 | 348 | PASS |

MAX = Maximum Allowable Emissions    AVE = Average Emissions For Passing Vehicles    MEAS = Amount Measured

## Smog Check Inspection Station Information

J.J. TEST AND REPAIR
403 W. WALNUT AVE
ORANGE 92867
714-633-8391
Station Number: RC274277

Technician Name/Number: PHAM, JIMMY/EO151680
Repair Tech. Name/Number: N/A

Software Version/EIS Number: 1707/WP392709

I certify, under penalty of perjury under the laws of the State of California, that I inspected the vehicle described above, that I performed the inspection in accordance with all bureau requirements, and that the information listed on the vehicle inspection report is true and correct.

08/19/2019
Date

Technician's Signature

**Certificates are valid for 90 days from date of issuance**

# J.J. TEST and REPAIR

ASE

B.A.R #RC 274277

403 W. Walnut Ave., Orange, CA 92867

Tel: (714) 633-8391

No 3258

DATE 8/9/2019

| QTY | PART NO. OR DESCRIPTION | AMOUNT |
|-----|------------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **TOTAL PARTS** | |

**FOLLOWING REPAIRS RECOMMENDED**

By low, you may choose another facility to perform any needed repair or adjustments which the smog check test indicates are necessary

**WARRANTY:** from date of delivery for a period of 6,000 miles or 6 months, whichever comes first. This firm will replace any defects in material and workmanship to the vehicle mentioned here. All work to be done in our shop only. This does not include towing charges.

$_____ per day storage fee will be charged 24 hours after notification of work completed

☐ CASH   ☐ CHECK   ☐ CHARGE   ☐ CREDIT CARD

NAME  ✓  ROBERT LACAMBRA

ADDRESS  HOMELESS

CITY                    STATE              ZIP

RES. PHONE #            BUS. PHONE #

| | OPER. NO. | REPAIR ORDER - DESCRIPTION OF WORK | AMOUNT |
|---|-----------|-----------------------------------|--------|
| YEAR 13 MAKE MODEL 337 | | LICENSE NO. / AGR 712   WRITTEN BY | |
| MILEAGE | | VIN# | |
| | ✓ | SMOG TEST to 96 - NEW | AG  75 |
| | ✓ | PRETEST | 9   25 |
| | ✓ | CERTIFICATE # | |
| | | ELECTRONIC TRANSFER FEE (E.T.F.) | |
| | | RETEST        PASS        N/C | |

ORIGINAL ESTIMATE $          DATE          TIME

REVISED ESTIMATE $           DATE          TIME

REVISED ESTIMATE $           DATE          TIME

I hereby authorize the above repair service to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car, truck or vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car, truck or vehicle to secure the amount of repairs thereto. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control. In the event legal action is necessary to enforce this contract, I will pay reasonable attorney's fees and court costs.

Authorized by X ✓ _____

| | |
|---|---|
| TOTAL LABOR | 55 |
| TOTAL PARTS | |
| GAS, OIL, GREASE | |
| SUBLET REPAIRS | |
| WASTE DISPOSAL FEE | |
| TAX | |
| PAY THIS AMOUNT | |



City of Orange
Street Sweeping
Citation: OR090007059

Location : 125 W WALNUT AVE
Plate    : 4AQR712    State : CA
VIN      :
Expire   : 02/2020
Make     : TOYOTA
Model    : COROLLA
Body     : 4 DOOR
Color    : BLUE

Violation 1:
NO PARKING - STREET SWEEPING
Code    : 10.38.060
Amount  : $0.00

*** WARNING CITATION ***

Comments:
WB. PHOTOS TAKEN

PLEASE SEE REVERSE FOR INSTRUCTIONS

Issued  : 06/30/2020 7:56 AM
Officer : 1637

## ORANGE POLICE DEPARTMENT
## VIOLATION NOTICE

This notice has been left to inform the owner that the vehicle (or vehicle parts) is in violation of an Orange Municipal Ordinance (OMC) or California Vehicle Code (CVC.) For your information, the violation has been listed below:

☐ **ABANDONED VEHICLE –** CVC SECTION 22669

☑ **72 HOUR VIOLATION –** OMC SECTION 10.34.070  The vehicle must be driven, showing a mileage of change of one (1) mile or more.  Failure to comply will result in a citation being issued and/or the vehicle being towed away at the owner's expense.

☐ **72 HOUR VIOLATION –** OMC SECTION 10.34.080  Dismantled, wrecked, or inoperative vehicles must be completely removed from the street or alley.  Failure to comply will result in a citation being issued and/or the vehicle being towed away at the owner's expense.

☐ **PUBLIC NUISANCE –** OMC SECTION 10.74.010  Failure to remove, garage or completely enclose the vehicle and/or vehicle parts will result in the removal of said nuisance at the vehicle/property owner's expense.  Vehicle's and/or parts stored under this section shall be crushed or dismantled and not returned to the owner.

**The Orange Police Department feels that you will want to correct this situation voluntarily.  Your cooperation is appreciated.**

DATE MARKED: _8/3/20_  TIME MARKED: _9:15 AM_

TOW AWAY/ABATEMENT DATE: _8/6/2020_

OFFICER: _1610_

VEHICLE MAKE: _Toyota_   LIC.#: _4AQR712_

OPD FORM P-6   (REVISED 1/2000)



# EXHIBIT 24



BUSINESS, CONSUMER SERVICES, AND HOUSING AGENCY · GAVIN NEWSOM, GOVERNOR

**CONSUMER ASSISTANCE PROGRAM**
10949 North Mather Boulevard, Rancho Cordova, CA 95670
Toll-Free (866) 272-9642 Local (916) 403-8800 | www.bar.ca.gov



## Notice of Ineligibility – Vehicle Retirement

8/9/2021

Robert N Lacambra
655 S. Main Street, Suite 200-160
Orange, CA 92867

**CAP ID#: 3540622**

**Vehicle Plate: 4AQR712**

The Bureau of Automotive Repair (BAR) has processed your application for the Consumer Assistance Program (CAP) Vehicle Retirement option. BAR considers a variety of factors in determining an individual or a vehicle's eligibility to participate in CAP. BAR determined you did not meet the following eligibility requirement(s):

### No Smog Check Inspection

As a requirement for participation in the Vehicle Retirement Program, a vehicle must have successfully completed a Smog Check inspection (pass or fail) within the last 180 days. Smog Check records indicate your vehicle did not meet this requirement. Aborted, manual mode, and training mode tests do not qualify. If your vehicle successfully completes a qualifying Smog Check inspection within the next 30 days, please contact CAP or mail a copy of your Vehicle Inspection Report (VIR) and your application will be re-evaluated.

### Incomplete Documentation of Operation in CA

In a previous determination letter, you were advised that you may be eligible to participate in the Vehicle Retirement Program if you were able to provide completed documentation proving that your vehicle was primarily driven in California and not registered in any other state or country for the two year period prior to the postmarked date of your application. You were informed that acceptable documented proof must satisfy either Option A or B below. The documentation you submitted does not satisfy either option; therefore, your vehicle is not eligible to participate in the Vehicle Retirement Program.

    A. Invoice documentation: At least two invoices* from a licensed Automotive Repair Dealer (ARD) registered at the time of repair with BAR, which verifies repairs or maintenance was performed on your vehicle from 7/17/2019 through 7/16/2021 and includes:
        1) The ARD's valid license number, as issued by BAR.
        2) The name and address of the ARD, as shown on BAR's records.
        3) Description of the repair or maintenance operation performed to the vehicle.
        4) The vehicle year, make, model and vehicle identification or license plate number that corresponds to the vehicle you wish to retire.
        5) The date of the repair or maintenance visit.

        *Note: Invoices must be from TWO SEPARATE CALENDAR YEARS during the two year period specified above.

                OR

    B. Insurance documentation: Proof of continuous insurance coverage in California from 7/17/2019 through 7/16/2021, without lapses in insurance coverage totaling more than 120 days. Documentation must also include the Vehicle Identification Number.

Combining invoices and insurance documents is not acceptable.

**Para obtener información en español sobre su elegibilidad, por favor llame a CAP al (866) 272-9642.**

# EXHIBIT 25



# EXHIBIT 26

California State Transportation Agency

**DEPARTMENT OF MOTOR VEHICLES**

LICENSING OPERATIONS DIVISION
P.O. BOX 942890, MAIL STATION J-233
SACRAMENTO, CA. 94290-0001
(916) 657-6525

OCT 08, 2020                    ORDER OF REINSTATEMENT

PLEASE SHOW THIS NUMBER ON
YOUR CORRESPONDENCE

ROBERT NELSON L LACAMBRA                    DRIVERS LICENSE NO.
GENERAL DELIVERY 1075 N TUSTIN ST
ORANGE, CALIFORNIA 92863

THE ACTION TAKEN AGAINST YOUR DRIVING PRIVILEGE UNDER SECTION(S) 17520, F C OF THE
VEHICLE CODE (V.C.) HAS BEEN <u>SET ASIDE</u> UNDER SECTION 13551 EFFECTIVE AP<u>R 05, 2009.</u>

DEPARTMENT OF MOTOR VEHICLES

28275  1960.1
DUX/40404887/EPM

# EXHIBIT 27





# EXHIBIT 28

**LEFT BLANK**

# EXHIBIT 29



City of Orange
Street Sweeping
Citation: OR090007059

Location : 125 W WALNUT AVE
Plate    : 4AQR712    State : CA
VIN      :
Expire   : 02/2020
Make     : TOYOTA
Model    : COROLLA
Body     : 4 DOOR
Color    : BLUE

Violation 1:
NO PARKING - STREET SWEEPING
Code    : 10.38.060
Amount  : $0.00

*** WARNING CITATION ***

Comments:
WB. PHOTOS TAKEN

PLEASE SEE REVERSE FOR INSTRUCTIONS

Issued  : 06/30/2020 7:36 AM
Officer : 1637

# EXHIBIT 30

## ORANGE POLICE DEPARTMENT
## VIOLATION NOTICE

This notice has been left to inform the owner that the vehicle (or vehicle parts) is in violation of an Orange Municipal Ordinance (OMC) or California Vehicle Code (CVC.) For your information, the violation has been listed below:

[ ] **ABANDONED VEHICLE** – CVC SECTION 22669

[✓] **72 HOUR VIOLATION** – OMC SECTION 10.34.070  The vehicle must be driven, showing a mileage of change of one (1) mile or more.  Failure to comply will result in a citation being issued and/or the vehicle being towed away at the owner's expense.

[ ] **72 HOUR VIOLATION** – OMC SECTION 10.34.080  Dismantled, wrecked, or inoperative vehicles must be completely removed from the street or alley.  Failure to comply will result in a citation being issued and/or the vehicle being towed away at the owner's expense.

[ ] **PUBLIC NUISANCE** – OMC SECTION 10.74.010  Failure to remove, garage or completely enclose the vehicle and/or vehicle parts will result in the removal of said nuisance at the vehicle/property owner's expense.  Vehicle's and/or parts stored under this section shall be crushed or dismantled and not returned to the owner.

**The Orange Police Department feels that you will want to correct this situation voluntarily.  Your cooperation is appreciated.**

DATE MARKED: _8/3/20_   TIME MARKED: _9:15 AM_

TOW AWAY/ABATEMENT DATE: _8/6/2020_

OFFICER: _1610_

VEHICLE MAKE: _Toyota_   LIC.#: _4AQ8712_

OPD FORM P-6   (REVISED 1/2000)

# EXHIBIT 31



# J.J. TEST and REPAIR

B.A.R #RC 274277

403 W. Walnut Ave., Orange, CA 92867

Tel: (714) 633-8391

N⁰ 3258

DATE 8/9/2019

| QTY | PART NO. OR DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | | |

NAME ✓ ROBERT LACAMBRA

ADDRESS HOMELESS

CITY ✓ STATE ZIP

RES. PHONE # BUS. PHONE # WRITTEN BY

MILEAGE 135327

YEAR MAKE MODEL

LICENSE NO. / AGR 712

VIN

| OPER. NO. | REPAIR ORDER - DESCRIPTION OF WORK | AMOUNT |
| --- | --- | --- |
| ✓ | SMOG TEST to 96 - NEW | AG 75 |
| ✓ | PRETEST | |
| ✓ | CERTIFICATE # | 8 25 |
| | ELECTRONIC TRANSFER FEE (E.T.F.) | |
| | RETEST PASS N/C | |

## FOLLOWING REPAIRS RECOMMENDED

By low, you may choose another facility to perform any needed repair or adjustments which the smog check test indicates are necessary

| | |
| --- | --- |
| ORIGINAL ESTIMATE $ | DATE | TIME |
| REVISED ESTIMATE $ | DATE | TIME |
| REVISED ESTIMATE $ | DATE | TIME |

I hereby authorize the above repair service to be done along with the necessary material and hereby grant you and/or your employees permission to operate the car, truck or vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car, truck or vehicle to secure the amount of repair thereto. You will not be held responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft, accident or any other cause beyond your control. In the event legal action is necessary to enforce this contract, I will pay reasonable attorney's fees and court costs.

Authorized by X ✓ [signature]

| TOTAL PARTS | |
| --- | --- |
| TOTAL LABOR | 55 |
| SUBLET REPAIRS | |
| GAS, OIL, GREASE | |
| WASTE DISPOSAL FEE | |
| TAX | |
| PAY THIS AMOUNT | |

TOTAL PARTS

WARRANTY: from date of delivery for a period of 6,000 miles or 6 months, whichever comes first. This firm will replace any defects in material and workmanship to the vehicle mentioned here. All work to be done in our shop only. This does not include towing charges.

$ _____ per day storage fee will be charged 24 hours after notification of work completed

☐ CASH  ☐ CHECK  ☐ CHARGE  ☐ CREDIT CARD

# EXHIBIT 32

# Smog Check Vehicle Inspection Report (VIR)

## Vehicle Information

Test Date/Time: 08/19/2019 @ 09:19 AM

| | | | | | | |
|---|---|---|---|---|---|---|
| Model-Year: | 1998 | Make: | TOYOTA | Model: | COROLLA |
| License: | 4AQR712 | State: | California | VIN: | 1NXBR12E1WZ056572 |
| Engine Size: | 1.80 L | Type: | Passenger | Transmission: | Automatic |
| GVWR: | 0 | Test Weight: | 2750 | Cylinders: | 4 |
| Odometer: | 135337 | Certification: | California | VLT Record #: | 28454 |
| Fuel Type: | Gasoline | Exhaust: | Single | Inspection Reason: | Change of Ownership |
| | | | | Engine Year: | 0000 |

## Overall Test Results

Congratulations! Your vehicle passed the enhanced Smog Check inspection, which helps California reach its daily goal of removing an extra 100 tons of smog-forming emissions from the air. Thank you for keeping your vehicle well maintained.

Comprehensive Visual Inspection: **PASS**     Functional Check: **PASS**     Emissions Test **PASS**

Smog Check Certificate Number: **IF768258C**

DMV ID Number: **7905F7591692**

Your Smog Check certificate will be electronically transmitted to DMV
Please keep this copy for your records

## Emission Control Systems Visual Inspection/Functional Check Results

(Visual/Functional tests are used to assist in the identification of oxides of nitrogen, crankcase and cold start emission which are not measured during the ASM tests.)

| RESULT | ECS | RESULT | ECS | RESULT | ECS |
|---|---|---|---|---|---|
| PASS- | PCV | N/A- | Thermostatic Air Cleaner | PASS- | Fuel Evaporative Controls |
| PASS- | Catalytic Converter | N/A- | Air Injection System | PASS- | Fuel Tank Cap Visual |
| N/A- | Visual EGR | PASS- | Ignition Spark Controls | N/A- | Carburetor |
| PASS- | Fuel Injection | PASS- | O2 Seniors and Connectors | PASS- | Wiring of Other |
| PASS- | Vacuum Line Connections | PASS- | Other Emission Related | | Sensors or Switches |
| | | N/A- | Functional EGR | N/A- | Ignition Timing: TDC |
| PASS- | MIL | N/A- | Fill Pipe Restrictor | PASS- | Liquid Fuel Leaks |
| N/A- | Fuel Evap Test | | | | |

## ASM Emission Test Results

| Test | RPM | CO2 (%) MEAS | O2 (%) MEAS | HC (PPM) MAX | HC (PPM) AVE | HC (PPM) MEAS | CO(%) MAX | CO(%) AVE | CO(%) MEAS | NO (PPM) MAX | NO (PPM) AVE | NO (PPM) MEAS | Results |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 mph | 1834 | 14.70 | 0.07 | 64 | 9 | 33 | 0.55 | 0.03 | 0.30 | 477 | 67 | 467 | PASS |
| 25 mph | 1780 | 14.80 | 0.01 | 47 | 6 | 7 | 0.54 | 0.03 | 0.13 | 764 | 62 | 348 | PASS |

MAX ~ Maximum Allowable Emissions     AVE ~ Average Emissions For Passing Vehicles     MEAS ~ Amount Measured

## Smog Check Inspection Station Information

J.J. TEST AND REPAIR
403 W. WALNUT AVE
ORANGE 92867
714-633-8391
Station Number: RC274277

Technician Name/Number: PHAM, JIMMY/EO151680
Repair Tech. Name/Number: N/A

Software Version/EIS Number: 1707/WP392709

I certify, under penalty of perjury under the laws of the State of California, that I inspected the vehicle described above, that I performed the inspection in accordance with all bureau requirements, and that the information listed on the vehicle inspection report is true and correct.

08/19/2019
Date

Technician's Signature

**Certificates are valid for 90 days from date of issuance**

# EXHIBIT 33

**Bankrate**

**63% of Americans Can't Afford $500 Car Repair or $1,000 Emergency Room Visit**

*Consumers Most Likely to Cut Back on Restaurant Meals When Money Gets Tight*

NEW YORK – January 6, 2016 – Almost two in three Americans don't have enough savings to pay for a $500 car repair or a $1,000 emergency room bill, according to a new Bankrate.com (NYSE: RATE) report. Click here for more information:

http://www.bankrate.com/finance/consumer-index/money-pulse-1215.aspx

Only 37% of U.S. adults have enough savings to pay for these unexpected expenses. 23% would reduce their spending on other things to make ends meet, 15% would use credit cards and another 15% would borrow from family or friends.

Americans are most likely to part with restaurant meals when money gets tight: 58% are very or somewhat likely to cut back this year in order to save money. They would have a much harder time reducing their spending on alcohol (just 35% are very or somewhat likely to trim their spending in this area, the lowest of the five choices that were offered).

46% are very/somewhat likely to decrease their cable/satellite TV expenses, 41% plan to spend less on coffee and 39% are aiming for lower cell phone costs.

"More than four in 10 Americans either experienced a major unexpected expense over the past 12 months or had an immediate family member who did," according to Sheyna Steiner, Bankrate.com's senior investing analyst. "This proves that an emergency savings cushion is more than just a personal finance cliché, yet most Americans are ill-prepared for life's inevitable curveballs."

While savings predictably increase with income and education, even 46% of the highest-income households ($75,000+ per year) and 52% of college graduates lack enough savings to cover a $500 car repair or $1,000 emergency room visit.

*Princeton Survey Research Associates International obtained telephone interviews with a nationally representative sample of 1,000 adults living in the continental United States. Interviews were conducted by landline (500) and cell phone (500, including 269 without a landline phone) in English and Spanish by Princeton Data Source from December 17-20, 2015. Statistical results are weighted to correct known demographic discrepancies. The margin of sampling error for the complete set of weighted data is plus or minus 3.8 percentage points.*

**About Bankrate, Inc.**

Bankrate is a leading publisher, aggregator and distributor of personal finance content on the Internet. Bankrate provides consumers with proprietary, fully researched, comprehensive,

independent and objective personal finance editorial content across multiple vertical categories including mortgages, deposits, credit cards and other categories, such as retirement, automobile loans and taxes. The Bankrate network includes Bankrate.com, CreditCards.com and Caring.com, our flagship websites, and other owned and operated personal finance websites, including Interest.com, Bankaholic.com, Mortgage-calc.com, CreditCardGuide.com and CreditCards.ca. Bankrate aggregates rate information from over 4,800 institutions on more than 300 financial products. With coverage of over 600 local markets, Bankrate generates rate tables in all 50 U.S. states. Bankrate develops and provides web services to over 100 co-branded websites with online partners, including some of the most trusted and frequently visited personal finance sites on the Internet such as Yahoo!, CNBC and Bloomberg. In addition, Bankrate licenses editorial content to over 500 newspapers on a daily basis including The Wall Street Journal, USA Today, The New York Times, The Los Angeles Times and The Boston Globe.

**For more information:**

Ted Rossman
Public Relations Director
ted.rossman@bankrate.com
(917) 368-8635

# EXHIBIT 34



### Less Than 4-in-10 Could Pay an Unexpected $1,000 Expense Out of Savings

*1-in-7 expect a worse financial situation in 2021*

NEW YORK – January 11, 2021 – Only 39% of Americans could cover an unexpected $1,000 expense such as a car repair or emergency room bill from their savings, according to a new report from Bankrate.com. This is down slightly from 41% in 2020 and 40% in 2019 and the same as 2018. Another 38% would have to borrow the money; 18% would finance it with a credit card and pay it off over time, 12% would borrow from family members or friends and 8% would take out a personal loan. Less than 1-in-5 (18%) would reduce spending on other things. Click here for more information:

https://www.bankrate.com/banking/savings/financial-security-january-2021/

"The precarious state of Americans' emergency savings has been further set back by the pandemic, with nearly as many needing to borrow to cover a $1,000 unplanned expense as those that can pay for it from savings," says Bankrate.com chief financial analyst, Greg McBride, CFA.

The likelihood of being able to cover an unplanned $1,000 expense increases with income, ranging from 21% for households earning less than $30,000 annually to 58% for those earning $75,000 or more per year. There was little difference among those with annual earnings between $30,000-$49,999 (35%) and $50,000-$74,999 (37%). Households with annual income between $50,000-$74,999 were the most likely among all income groups to use a credit card (24%) while the lowest-earning households were the most likely income group to borrow from family or friends (21%) or take out a personal loan (14%).

Just one-third of millennials (ages 24-39) could pay the $1,000 expense from savings compared to 46% of Gen Xers (ages 40-55) and 45% of baby boomers (ages 56-74). Nearly half (49%) of younger millennials (ages 24-30) and 42% of older millennials (ages 31-39) would need to borrow the money in some fashion, as opposed to 32% for both Gen Xers and baby boomers.

On the other hand, people are optimistic that 2021 will be better for their finances, with 44% expecting their finances will get better, including 12% saying they will get significantly better and 32% saying they will get somewhat better. Forty percent expect their personal financial situation will stay about the same and 14% say it will get worse, including 10% saying it will get somewhat worse and just 4% expecting it to get significantly worse. The remaining 2% either didn't know (1%) or refused to say (1%).

"Widespread vaccine availability brings the hope of normalcy we've all been craving, and optimism that this year will be better for our finances," explains McBride. "For many households, 2021 will be a year of trying to right the financial ship."

Optimism about improved financial situations in 2021 declines with age. Younger millennials are the most optimistic with 53% expecting improved financial situations this year compared to just 28% among those aged 66-older. Among other age groups, 47% of older millennials, 45% of Gen Xers, and 46% of younger baby boomers (ages 56-65) expect a better financial situation in 2021.

Half of the highest-earning households expect improved financial situations in 2021, while just 37% of the lowest-earning households feel that way. Among households earning between $30,000-$74,999, 46% expect improved financial situations this year.

**Methodology:**

This study was conducted for Bankrate via telephone by SSRS on its Omnibus survey platform. The SSRS Omnibus is a national, weekly, dual-frame bilingual telephone survey. Interviews were conducted from December 8-13, 2020 among a sample of 1,003 respondents in English (970) and Spanish (33). Telephone interviews were conducted by landline (293) and cell phone (710, including 469 without a landline phone). The margin of error for total respondents is +/- 3.58% at the 95% confidence level.  All SSRS Omnibus data are weighted to represent the target population.

**About Bankrate.com:**

Bankrate.com provides consumers with the expert advice and tools needed to succeed throughout life's financial journey. For over two decades, Bankrate.com has been a leading personal finance destination. The company offers award-winning editorial content, competitive rate information, and calculators and tools across multiple categories, including mortgages, deposits, credit cards, retirement, automobile loans and taxes. Bankrate aggregates rate information from over 4,800 institutions on more than 300 financial products. With coverage of over 600 local markets, Bankrate generates rate tables in all 50 U.S. states.

**For More Information:**

Chelsea Hudson
Public Relations Specialist
chudson@bankrate.com
917-368-8608

# EXHIBIT 35



WELCOME TO THE DEPARTMENT OF MOTOR VEHICLES COSTA MESA
To schedule an appointment call: 1-800-777-0133 or visit WWW.DMV.CA.GOV

**CUSTOMER SERVICE #:**

# B063

"NOW SERVING..."

WOULD YOU LIKE A TEXT TO NOTIFY YOU WHEN YOUR
NUMBER IS CLOSE TO BEING CALLED FOR SERVICE?
IF YES, INPUT NUMBER BELOW
(          )

FOR DMV USE ONLY

Type of Service:          Appointment:

☐ DL                      ☐ Yes
☑ VR – Title Transfer     ☐ No
☐ DP  ADD smog
☐ EXP  + Stickers

To expedite your check-in process, please complete an electronic application, if required, by
visiting **eDLapp.DMV.ca.gov** on your mobile device

ELECTRONIC APPLICATION CONFIRMATION #:

**ONLY**
• **CASH**
• **CHECK**
• **ATM**
**NO CREDIT CARDS**

☐ Scan Me          ****NO RE-ENTRY INTO THE BUILDING AFTER 5:00PM****



WELCOME TO THE DEPARTMENT OF MOTOR VEHICLES- SANTA ANA

To schedule an appointment, call: 1-800-777-0133 or visit WWW.DMV.CA.GOV

A Public Service Agency

**PLEASE FOLLOW STEPS BELOW:** Needs App

1  Please complete an electronic application- ( 5 0 B 9 . 4 1 2 F )
   Confirmation #

2  Please provide cell number if
   you'd like to receive a text message - ( _ _ _ ) _ _ _ - _ _ _ _

3  Visit technician to receive customer service number- DLD

FOR DMV USE ONLY

Real ID

MAU: 916-657-6525
LP: 916-657-7445
FR: 916-657-6677
DL Pol: 916-657-6560

**Customer Service #:** G125

"NOW SERVING ..."

Date Line  5 4 2 JAN 2 0 2021

**Only**
- CASH
- CHECK
- DEBIT
- CREDIT

**\*\*NO RE-ENTRY INTO THE BUILDING AFTER 5:00PM\*\***



WELCOME TO THE DEPARTMENT OF MOTOR VEHICLES COSTA MESA
To schedule an appointment call: 1-800-777-0133 or visit *WWW.DMV.CA.GOV*

**CUSTOMER SERVICE #:**

# B

*"NOW SERVING..."*

FOR DMV USE ONLY

- ☐ DL
- ☐ VR
- ☐ DP
- ☐ EXP
- ☐ REAL ID
- ☐ FNC

WOULD YOU LIKE TO RECEIVE A TEXT MESSAGE NOTIICATION WHEN YOUR NUMBER IS CLOSE TO BEING CALLED FOR SERVICE? IF YES, INPUT NUMBER BELOW.

(949) 426 - 8730

To expedite your check-in process, please complete an electronic application, if required, by visiting *EDLAPP.DMV.CA.GOV* on your mobile device

**ELECTRONIC APPLICATION CONFIRMATION #:**

5 D C 5 - 3 C 3 D

**ONLY**
- CASH
- CHECK
- DEBIT

**NO CREDIT CARDS**

☐ Scan Me     ****NO RE-ENTRY INTO THE BUILDING AFTER 5:00PM****



# WELCOME TO THE DEPARTMENT OF MOTOR VEHICLES COSTA MESA
To schedule an appointment call: 1-800-777-0133 or visit WWW.DMV.CA.GOV

**CUSTOMER SERVICE #:**

FOR DMV USE ONLY

B111

"NOW SERVING..."

WOULD YOU LIKE A TEXT TO NOTIFY YOU WHEN YOUR
NUMBER IS CLOSE TO BEING CALLED FOR SERVICE?
IF YES, INPUT NUMBER BELOW

**Type of Service:**
☐ DL
☐ VR
☐ DP
☐ EXP

**Appointment:**
☐ Yes
☐ No

title transfer

To expedite your check-in process, please complete an electronic application, if required, by
visiting *eDLapp.DMV.ca.gov* on your mobile device
ELECTRONIC APPLICATION CONFIRMATION #:

**ONLY**
• CASH
• CHECK
• ATM
**NO CREDIT CARDS**

Scan Me          ****NO RE-ENTRY INTO THE BUILDING AFTER 5:00PM****





WELCOME TO THE DEPARTMENT OF MOTOR VEHICLES COSTA MESA
To schedule an appointment call: 1-800-777-0133 or visit *WWW.DMV.CA.GOV*

**CUSTOMER SERVICE #:**

G 093

"NOW SERVING..."

DATELINE: 8/25/20

FOR DMV USE ONLY

DLD

☐ DL
☐ VR          ☐ REAL ID
☐ DP          ☐ FNC
☐ EXP

WOULD YOU LIKE TO RECEIVE A TEXT MESSAGE
NOTIFICATION WHEN YOUR NUMBER IS CLOSE TO
BEING CALLED FOR SERVICE? IF YES, INPUT NUMBER
BELOW.

N/A

To expedite your check-in process, please complete an electronic application, if required, by
visiting *EDLAPP.DMV.CA.GOV* on your mobile device
ELECTRONIC APPLICATION CONFIRMATION #:          **ONLY**

O A D A - D 5 O 5

• CASH
• CHECK
• DEBIT/CREDIT CARD
  (2.3% SERVICE FEE)

☐ Scan Me    ****NO RE-ENTRY INTO THE BUILDING AFTER 5:00PM****

# EXHIBIT 36



*Pro*
*V/P*



RECEIPT – NOT A LICENSE OR PERMIT
NOT A VERIFIED IDENTIFICATION

APPLICATION FOR DL RENEWAL

C3301950          CLASS: C

| | |
|---|---|
| | AMOUNT DUE      :     38.00 |
| ROBERT NELSON L LACAMBRA | AMOUNT RCVD - CASH: |
| 1075 N TUSTIN GENERAL DELIVERY | - CHCK: |
| ORANGE        CA  92863 | - CRDT: |
| | - CARD:     38.00 |

FP/RT

IF THIS APPLICATION IS NOT COMPLETED
BY 01-20-22, IT WILL BE CANCELLED

012021      OFFICE -542  012021  E1/5407  166

# EXHIBIT 37

