**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:21-cv-01643-CAS-KES                    Date: December 9, 2021

Title: ROBERT LACAMBRA v. CALIFORNIA DEPARMENT OF MOTOR VEHICLES, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

|                         |                         |
|-------------------------|-------------------------|
| Jazmin Dorado           | Not Present             |
| Courtroom Clerk         | Court Reporter          |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|----------------------------------|-----------------------------------|
| None Present                     | None Present                      |

**PROCEEDINGS (IN CHAMBERS):**          **Order to Show Cause Why this Action Should Not Be Dismissed**

On October 5, 2021, Robert Lacambra ("Plaintiff") filed a pro se civil rights complaint under 42 U.S.C. § 1983 ("Complaint" at Dkt. 1) alleging that employees of the California Department of Motor Vehicles and California Bureau of Automotive Repair violated his constitutional rights by refused to issue him a new car registration and denying his request to retire the car through a government program.

Because Plaintiff requested leave to proceed in forma pauperis (Dkt. 2), the Court reviewed the Complaint prior to service on Defendants.  See 28 U.S.C. § 1915(e)(2).  On October 26, 2021, the Court found dismissed the Complaint with leave to amend, finding it failed to state a claim against any of the named Defendants.  (Dkt. 9.)  The Court directed Plaintiff to respond on or before November 26, 2021 by filing either a First Amended Complaint or a notice of intent to proceed with the Complaint.  (Id. at 9.)  As of the date of this Order, the Court has not received any further filings from Plaintiff.

IT IS HEREBY ORDERED that, **on or before January 10, 2022**, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution and/or failure to follow this Court's orders.

Plaintiff may discharge this Order to Show Cause by filing one of the following: (1) a First Amended Complaint that attempts to remedy the defects identified in the Court's dismissal order; (2) a motion for an extension of the deadline, explaining why he missed the most recent

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:21-cv-01643-CAS-KES                                          Date: December 9, 2021
                                                                                            Page 2

deadline; (3) a notice of intent to proceed with the Complaint; or (4) a notice of voluntary dismissal of this action.

The Clerk is directed to provide Plaintiff with the standard forms for filing a civil rights complaint (Form CV-66) and a notice of voluntary dismissal (Form CV-09).

**If Plaintiff fails to respond to this Order to Show Cause, the Court may dismiss this action for lack of prosecution and/or failure to follow the Court's orders.**

Initials of Deputy Clerk <u>JD</u>

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Plaintiff(s), | |
| v. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐   **ONLY** Defendant(s) _____

_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____          _____
*Date*                                                    *Signature of Attorney/Party*

*NOTE:*  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

_____
FULL NAME

_____
COMMITTED NAME (if different)

_____
FULL ADDRESS INCLUDING NAME OF INSTITUTION

_____

_____
PRISON NUMBER (if applicable)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF, | CASE NUMBER<br>_____<br>*To be supplied by the Clerk* |
| v. | **CIVIL RIGHTS COMPLAINT**<br>**PURSUANT TO** *(Check one)* |
| DEFENDANT(S). | ☐ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner:  ☐ Yes    ☐ No

2.  If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:

Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☐ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☐ Yes    ☐ No

If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed?  ☐ Yes    ☐ No

If your answer is no, explain why not _____

_____

4. Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _____

(print plaintiff's name)

who presently resides at _____,

(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_____

(institution/city where violation occurred)

on (date or dates) _____, _____, _____.
(Claim I)          (Claim II)          (Claim III)

**NOTE**:    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.   Defendant _____ resides or works at
          (full name of first defendant)

          _____
          (full address of first defendant)

          _____
          (defendant's position and title, if any)

          The defendant is sued in his/her (Check one or both):  ☐ individual  ☐ official capacity.

          Explain how this defendant was acting under color of law:

          _____
          _____

2.   Defendant _____ resides or works at
          (full name of first defendant)

          _____
          (full address of first defendant)

          _____
          (defendant's position and title, if any)

          The defendant is sued in his/her (Check one or both):  ☐ individual  ☐ official capacity.

          Explain how this defendant was acting under color of law:

          _____
          _____

3.   Defendant _____ resides or works at
          (full name of first defendant)

          _____
          (full address of first defendant)

          _____
          (defendant's position and title, if any)

          The defendant is sued in his/her (Check one or both):  ☐ individual  ☐ official capacity.

          Explain how this defendant was acting under color of law:

          _____
          _____

4.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

5.  Defendant _____ resides or works at
    (full name of first defendant)

    _____
    (full address of first defendant)

    _____
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both):  ☐ individual    ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**E.  REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____        _____
            *(Date)*                                    *(Signature of Plaintiff)*