O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LACAMBRA,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, et al.,<br><br>    Defendants. | Case No. 8:21-cv-01643-CAS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 16) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment shall be entered:

(a) dismissing the federal claims in the First Amended Complaint with prejudice

/ / /

and without further leave to amend, and (b) declining to exercise supplemental jurisdiction over the state law claims in the First Amended Complaint.

DATED: February 17, 2022

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE