JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LACAMBRA, | Case No. 8:21-cv-01643-CAS-KES |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint is dismissed without further leave to amend. The federal claims raised therein are dismissed with prejudice, and the state law claims are dismissed without prejudice to them being pursued in state court.

DATED: February 17, 2022

*Christine A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE